# Exhibit E

This instrument was prepared by,
and after recording return to:
Circle K Stores Inc. – Legal Dept
19500 Bulverde Rd., Suite 100
San Antonio, TX 78259

## ASSIGNMENT AND ASSUMPTION OF SUBLEASE WITH CONSENT

This Assignment and Assumption of Sublease with Consent (this "**Assignment**") is entered into effective as of the 16th day of September, 2019 (the "**Effective Date**"), by and between Paradise Petroleum LLC, a Tennessee limited liability company ("**Assignor**"), Kaish, LLC, a Tennessee limited liability company ("**Assignee**"), and Mac's Convenience Stores, LLC a Delaware limited liability company. ("**Landlord**").

### RECITALS

A. RI TN 1, LLC, a Delaware limited liability company, as landlord (hereinafter called "**Master Landlord**"), and The Pantry, Inc., a Delaware corporation, as tenant (hereinafter called "**Master Tenant**"), entered into that certain Lease Agreement dated October 13, 2003 (as assigned, the "**Master Lease**"), a complete copy of which is attached hereto as **Exhibit A**, with respect to that certain real property and improvements located in Hamilton County, Tennessee, more commonly known as 6960 Lee Highway, Chattanooga, Tennessee (The Pantry Store #3517) (the "**Premises**").

B. The Master Tenant merged with and into Circle K Stores Inc., a Texas corporation ("**Circle K**"), by Certificate of Merger, effective September 14, 2015, filed with the Delaware Secretary of State under document number 20150050847, and with the Texas Secretary of State under document number 629597130001.

C. Circle K and Assignor entered into that certain Sublease Agreement (the "**Sublease**") dated February 13, 2017, a complete copy of which is attached hereto as **Exhibit B**, pursuant to which Circle K sublet its interest in the Premises to Assignor.

D. Circle K and Landlord entered into that certain Assignment of Lease; Acceptance of Assignment and Assumption of Lease; and Landlord's Consent to Assignment of Lease, dated for reference March 15, 2017, wherein Circle K assigned its right, title and interest to the Master Lease to Landlord.

E. Master Landlord is the current holder of the landlord-interest in the Master Lease. Landlord is the current holder of the tenant-interest in the Master Lease.

F. Assignor and Assignee are parties to that certain Purchase and Sale Agreement dated effective as of May 24, 2019 (as amended, the "**Purchase Agreement**"), pursuant to which Assignor is transferring Assignor's interest under the Sublease to Assignee.

G. Assignor desires to assign, transfer and convey all of its right, title, interest and obligations in and to the Sublease to Assignee, and Assignee desires to accept such assignment

*Assignment and Assumption of Sublease with Consent* Page 1
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee
Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 2 of 9   PageID #: 91

and assume all of Assignor's liabilities, responsibilities, and obligations under the Sublease, upon the terms and conditions set forth herein.

H.   Landlord's consent to the assignment of the Sublease is required under the Sublease, and Landlord is willing to consent to the assignment upon the terms and conditions set forth herein.

NOW THEREFORE, in consideration of the covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.   Assignment. Assignor hereby grants, transfers, and assigns to Assignee the entire right, title and interest of Assignor in and to the Sublease as of the Effective Date.

2.   Assumption. By its acceptance and execution hereof, Assignee hereby assumes all of the right, title and interest of Assignor under the Sublease and agrees to perform all of the covenants, agreements and obligations of Assignor under the Sublease from and after the Effective Date, but not otherwise. Assignee does not hereby assume and shall not otherwise be responsible for, and Assignor shall retain and remain liable for, any breach of any of the Sublease prior to the Effective Date and any other obligations of Assignor under the Sublease with respect to all periods prior to the Effective Date. Upon assignment of the Sublease to Assignee, and assumption of the Sublease by Assignee, Assignee agrees to indemnify Landlord for any environmental liability that Assignor may have had under the Sublease with respect to the Premises, either prior to or following the assignment hereunder to Assignee. Upon assignment of the Sublease to Assignee, Assignee also agrees to indemnify and hold Assignor harmless from any and all third party claims, liability, loss, damage, fine, penalty or cost (including litigation expenses and costs, and reasonable attorneys fees) sustained by Assignor which is the result of or arises out of Assignee's breach of the terms of the Sublease or its failure to perform all of the covenants, agreements and obligations of Assignor herein and therein.

3.   Consent. By its acceptance and execution hereof, and subject to the conditions set forth in this Assignment, Landlord hereby consents to the assignment of Assignor's interest in the Sublease from Assignor to Assignee, and the assumption of Assignor's obligations under the Sublease by Assignee and hereby releases Assignor from further obligation or liability under the Sublease with respect to obligations or liabilities accruing after the Effective Date.

4.   Representations and Warranties. Assignor represents and warrants that (i) it is not in default under the Sublease, (ii) no event has occurred and no condition exists which, with the giving of notice or the lapse of time or both, would constitute a default by Assignor under the Sublease, (iii) no prepayment of any rent or other charges under the Sublease for more than one (1) month has been made, and (iv) the Sublease has not been modified, amended, supplemented, assigned or otherwise revised.

5.   Notice Information. For the purposes of notice requirements set forth in the Sublease, the address of the parties shall be:

*Assignment and Assumption of Sublease with Consent*                                                                    *Page 2*
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 3 of 9   PageID #: 92

| Assignor: | Paradise Petroleum LLC |
| --- | --- |
| | Attn: Mehul Shah |
| | P.O. Box 475 |
| | Lebo, KS 66856 |
| | Telephone: 816-294-5633 |
| | E-Mail: kwikstop1.moe@gmail.com |

| with a copy to: | Patrick, Beard, Schulman & Jacoway, P.C. |
| --- | --- |
| | Attn: John H. Templeton, Esq. |
| | 537 Market Street, Suite 202 |
| | Chattanooga, TN 37402 |
| | jtempleton@pbsjlaw.com |

| Assignee: | Kaish, LLC |
| --- | --- |
| | Attn: Akbar Bhamani |
| | 4858 Highway 58 |
| | Chattanooga, Tennessee 37416 |
| | Telephone: 6785230786 |
| | E-Mail: hopin7861@gmail.com |

| with a copy to: | Wagner & Weeks, PLLC |
| --- | --- |
| | Attn: Richard C. Wagner, Esq. |
| | 701 Market St., Suite 310 |
| | Chattanooga, TN 37402 |
| | rcw@wagnerinjury.com |

| Landlord: | Mac's Convenience Stores LLC |
| --- | --- |
| | 4080 W. Jonathan Moore Pike |
| | Columbus, IN 47201 |
| | Attn: Real Estate |
| | Fax: 812-314-2010 |
| | Telephone: _____ |
| | E-Mail: _____ |

6. **Applicable Law.** This Assignment shall be construed under and enforced in accordance with the laws of the State of Tennessee.

7. **Successors and Assigns.** This Assignment shall be binding upon and inure to the benefit of Assignor and Assignee and their respective successors and assigns.

8. **Power and Authority.** Each party hereto represents and warrants to the other that it is fully empowered and authorized to execute and deliver this Assignment, and the individual signing this Assignment on behalf of such party is fully empowered and authorized to do so.

*Assignment and Assumption of Sublease with Consent*  Page 3
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 4 of 9   PageID #: 93

9. **Multiple Counterparts.** This Assignment may be executed in the original in one or more counterparts, each of which shall be deemed an original and all of which, collectively, shall constitute one instrument.

IN WITNESS WHEREOF, Assignor, Assignee and Landlord have executed and delivered this Assignment as of the Effective Date.

*[signatures on following pages]*

*Assignment and Assumption of Sublease with Consent*   Page 4
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

Case 1:23-cv-00284 Document 1-5 Filed 12/04/23 Page 5 of 9 PageID #: 94

Witness:

Print Name: John Templeton

Witness:

Print Name: Jguesh. Shah.

**"Assignor"**

Paradise Petroleum LLC, a Tennessee limited liability company

By: _____
Name: Mehul Shah
Title: managing member


STATE OF Tennessee §
§
COUNTY OF Hamilton §

The foregoing instrument was acknowledged before me on __July 8__, 2019, by __Mehul Shah__, the __Managing Member__ of **Paradise Petroleum LLC**, a Tennessee limited liability company, on behalf of said limited liability company.

[seal]

_____
Notary Public, State of TN
My Commission Expires: 10/15/2024

*Assignment and Assumption of Sublease with Consent*
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

Page 5

Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 6 of 9   PageID #: 95

Witness:

_Elila Cui_
Print Name: Elita Colon

Witness:

_Allea Eason_
Print Name: Allea Eason

"Assignee"

Kaish, LLC, a Tennessee limited liability company

By: _____
Name: Akbor Bhamani
Title: Owner


STATE OF _Tennessee_ §
§
COUNTY OF _Hamilton_ §

The foregoing instrument was acknowledged before me on ___August 14___, 2019, by _Akbor Bhamani_, the ___Owner___ of **Kaish LLC**, a Tennessee limited liability company, on behalf of said limited liability company.

[seal]

*(Seal: LAUREEN C. GREEN, STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY)*

_Laureen Green_

Notary Public, State of _Tennessee_
My Commission Expires: _2-6-2021_

*Assignment and Assumption of Sublease with Consent*
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

Page 6

Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 7 of 9   PageID #: 96

Witness:

_/s/ Amy Runyan_
Print Name: Amy Runyan

Witness:

_/s/ Kevin Kirchner_
Print Name: Kevin Kirchner

"Landlord"

Mac's Convenience Stores LLC, a Delaware
limited liability company

By: _/s/ Morten Jensen_
Name: Morten Jensen
Title: Authorized Representative

STATE OF Indiana §
§
COUNTY OF Bartholomew §

The foregoing instrument was acknowledged before me on **August 15**, 2019, by **Morten Jensen**, the **Authorized Rep.** of Mac's Convenience Stores LLC, a Delaware limited liability company, on behalf of said limited liability company.

[seal]

_/s/ Melissa Mahoney_
Notary Public, State of _____
My Commission Expires _____

MELISSA A. MAHONEY
Notary Public, State of Indiana
Bartholomew County
My Commission Expires
December 03, 2022

*Assignment and Assumption of Sublease with Consent*
CK Store 2723517 (Mac's #3775)- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

*Page 7*

Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 8 of 9   PageID #: 97

# Exhibit A

Master Lease
(see attached)

*Assignment and Assumption of Sublease with Consent*
CK Store 2723517- 6960 Lee Hwy, Chattanooga, Hamilton County, Tennessee

Case 1:23-cv-00284   Document 1-5   Filed 12/04/23   Page 9 of 9   PageID #: 98