IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

MAC'S CONVENIENCE STORES LLC )
       Plaintiff )
)
v. ) Civil Action No. 1:23-cv-00284
)
)
KAISH LLC and AKBAR BHAMANI )
       Defendant )

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on December 5, 2023;

that the summons and complaint were duly served upon the defendant, February 26, 2024, & February 22, 2024, respectively, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, KAISH LLC and AKBAR BHAMANI, as provided in Rule 55(a), Federal Rules of Civil Procedure.

LeAnna R. Wilson, CLERK

By   s/ C. Aiken
       Deputy Clerk