# EXHIBIT 1

# 4213773

| Invoice Type | Invoice Number | Invoice Date | Invoice Amount | Notes |
|---|---|---|---|---|
| Rent | TAN1304015-4213773 | 12/31/2021 | 1,339.38 | |
| Rent | TAN1304014-4213773 | 12/31/2021 | 1,340.15 | |
| Rent | TAN1304013-4213773 | 12/31/2021 | 1,340.15 | |
| Rent | TAN1304012-4213773 | 12/31/2021 | 3,487.47 | |
| Rent | TAN1320525-4213773 | 12/31/2021 | 111.62 | |
| Rent | TAN1363480-4213773 | 3/1/2022 | 4,907.70 | |
| Rent | TAN1363479-4213773 | 3/1/2022 | 648.45 | |
| Program | ASM012022 | 3/2/2022 | 71.01 | |
| Rent | TAN1386451-4213773 | 4/1/2022 | 4,907.70 | |
| Rent | TAN1386450-4213773 | 4/1/2022 | 648.45 | |
| Rent | TAN1406535-4213773 | 5/1/2022 | 4,907.70 | |
| Rent | TAN1406534-4213773 | 5/1/2022 | 648.45 | |
| Rent | TAN1427551-4213773 | 6/1/2022 | 4,907.70 | |
| Rent | TAN1427550-4213773 | 6/1/2022 | 648.45 | |
| Rent | TAN1452927-4213773 | 7/1/2022 | 4,907.70 | |
| Rent | TAN1452926-4213773 | 7/1/2022 | 648.45 | |
| Security Deposit Interest Payment | SECDEPINT2022 | 7/13/2022 | -72.76 | |
| Rent | TAN1475062-4213773 | 8/1/2022 | 4,907.70 | |
| Rent | TAN1475061-4213773 | 8/1/2022 | 648.45 | |
| Rent | TAN1499846-4213773 | 9/1/2022 | 4,907.70 | |
| Rent | TAN1499845-4213773 | 9/1/2022 | 648.45 | |
| Rent | TAN1525439-4213773 | 10/1/2022 | 648.45 | |
| Rent | TAN1525440-4213773 | 10/1/2022 | 4,907.70 | |
| Rent | TAN1547030-4213773 | 11/1/2022 | 4,907.70 | |
| Rent | TAN1547029-4213773 | 11/1/2022 | 648.45 | |
| Rent | TAN1565713-4213773 | 12/1/2022 | 4,907.70 | |
| Rent | TAN1565712-4213773 | 12/1/2022 | 648.45 | |
| Rent | TAN1570963-4213773 | 12/30/2022 | 3,142.67 | |
| Rent | TAN1600986-4213773 | 1/1/2023 | 4,907.70 | |
| Rent | TAN1600985-4213773 | 1/1/2023 | 648.45 | |
| Rent | TAN1633973-4213773 | 2/1/2023 | 4,907.70 | |
| Rent | TAN1633972-4213773 | 2/1/2023 | 648.45 | |
| Rent | TAN1661329-4213773 | 3/1/2023 | 4,907.70 | |
| Rent | TAN1661328-4213773 | 3/1/2023 | 648.45 | |
| Rent | TAN1684445-4213773 | 4/1/2023 | 4,907.70 | |
| Rent | TAN1684444-4213773 | 4/1/2023 | 648.45 | |
| Rent | TAN1710198-4213773 | 5/1/2023 | 648.45 | |
| Rent | TAN1710199-4213773 | 5/1/2023 | 4,907.70 | |
| Rent | TAN1733954-4213773 | 6/1/2023 | 648.45 | |
| Rent | TAN1733955-4213773 | 6/1/2023 | 4,907.70 | |
| Rent | TAN1755435-4213773 | 7/1/2023 | 648.45 | |
| Rent | TAN1755436-4213773 | 7/1/2023 | 4,907.70 | |
| Rent | TAN1774864-4213773 | 8/1/2023 | 648.45 | |
| Rent | TAN1774865-4213773 | 8/1/2023 | 4,907.70 | |
| Rent | 2022 P tax Recon | 8/24/2023 | 1,801.47 | |
| Rent | 2023 P tax Recon | 8/24/2023 | 1,200.98 | |
| Program | 791445 | 5/7/2022 | 71.01 | |
| Program | 791448 | 5/7/2022 | 71.01 | |
| Program | 791451 | 5/7/2022 | 71.01 | |
| Program | 859021 | 7/14/2022 | 71.01 | |
| Program | 859024 | 7/14/2022 | 71.01 | |
| Credit cards | 36 | 12/13/2021 | -27.56 | |

| | | | |
|---|---|---|---|
| Credit cards | 37 | 12/13/2021 | -297.55 |
| Credit cards | 38 | 12/14/2021 | -164.69 |
| Credit cards | 39 | 12/15/2021 | -148.21 |
| Credit cards | 40 | 12/16/2021 | -316.80 |
| Credit cards | 41 | 12/17/2021 | -277.25 |
| Credit cards | 42 | 12/20/2021 | -277.55 |
| Credit cards | 43 | 12/20/2021 | -382.91 |
| Credit cards | 44 | 12/20/2021 | -392.93 |
| Credit cards | 45 | 12/20/2021 | -55.85 |
| Credit cards | 46 | 12/21/2021 | -154.86 |
| Credit cards | 47 | 12/22/2021 | -199.74 |
| Credit cards | 48 | 12/23/2021 | -291.88 |
| Credit cards | 49 | 12/24/2021 | -231.00 |
| Credit cards | 50 | 12/27/2021 | -378.98 |
| Credit cards | 51 | 12/27/2021 | -97.09 |
| Credit cards | 52 | 12/28/2021 | -256.98 |
| Credit cards | 53 | 12/29/2021 | -126.89 |
| Credit cards | 54 | 12/30/2021 | -152.95 |
| Credit cards | 55 | 12/31/2021 | -220.87 |
| Credit cards | 56 | 1/3/2022 | -231.56 |
| Credit cards | 57 | 1/3/2022 | -345.55 |
| Credit cards | 0 | 1/5/2022 | 85.00 |
| Credit cards | 0 | 2/2/2022 | 85.00 |
| | | | **109,268.24** Account balance |

# 4213775

| Invoice Type | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---:|
| Rent | TAN1304018-4213775 | 12/31/2021 | 899.98 |
| Rent | TAN1304017-4213775 | 12/31/2021 | 801.82 |
| Rent | TAN1304016-4213775 | 12/31/2021 | 4,954.46 |
| Rent | TAN1304019-4213775 | 12/31/2021 | 1,008.54 |
| Rent | TAN1320529-4213775 | 12/31/2021 | 84.05 |
| Rent | TAN1499844-4213775 | 9/1/2022 | 3,853.53 |
| Rent | TAN1499843-4213775 | 9/1/2022 | 1,144.79 |
| Rent | TAN1525438-4213775 | 10/1/2022 | 3,853.53 |
| Rent | TAN1525437-4213775 | 10/1/2022 | 1,144.79 |
| Rent | TAN1547028-4213775 | 11/1/2022 | 3,853.53 |
| Rent | TAN1547027-4213775 | 11/1/2022 | 1,144.79 |
| Rent | TAN1565711-4213775 | 12/1/2022 | 3,853.53 |
| Rent | TAN1565710-4213775 | 12/1/2022 | 1,144.79 |
| Rent | TAN1570964-4213775 | 12/30/2022 | 2,772.11 |
| Rent | TAN1600984-4213775 | 1/1/2023 | 3,853.53 |
| Rent | TAN1600983-4213775 | 1/1/2023 | 1,144.79 |
| Rent | TAN1633971-4213775 | 2/1/2023 | 3,853.53 |
| Rent | TAN1633970-4213775 | 2/1/2023 | 1,144.79 |
| Rent | TAN1661326-4213775 | 3/1/2023 | 1,144.79 |
| Rent | TAN1661327-4213775 | 3/1/2023 | 3,853.53 |
| Rent | TAN1684443-4213775 | 4/1/2023 | 3,853.53 |
| Rent | TAN1684442-4213775 | 4/1/2023 | 1,144.79 |
| Rent | TAN1710196-4213775 | 5/1/2023 | 1,144.79 |
| Rent | TAN1710197-4213775 | 5/1/2023 | 3,853.53 |
| Rent | TAN1733952-4213775 | 6/1/2023 | 1,144.79 |
| Rent | TAN1733953-4213775 | 6/1/2023 | 3,853.53 |
| Rent | TAN1755434-4213775 | 7/1/2023 | 3,853.53 |
| Rent | TAN1755433-4213775 | 7/1/2023 | 1,144.79 |
| Rent | TAN1774862-4213775 | 8/1/2023 | 1,144.79 |
| Rent | TAN1774863-4213775 | 8/1/2023 | 3,853.53 |
| Rent | 2022 P tax Recon | 8/24/2023 | 1,894.55 |
| Rent | 2023 P tax Recon | 8/24/2023 | 1,263.03 |
| Programs | 879220 | 8/5/2022 | 5.72 |
| Programs | 879375 | 8/5/2022 | 16.93 |
| Programs | 879530 | 8/5/2022 | 20.55 |
| Programs | 879685 | 8/5/2022 | 17.99 |
| Programs | 881431 | 8/7/2022 | 40.21 |
| Programs | 881589 | 8/7/2022 | 56.53 |
| Programs | 881742 | 8/7/2022 | 50.51 |
| Programs | 881896 | 8/7/2022 | 82.17 |
| Programs | 885500 | 8/10/2022 | 70.92 |
| Programs | 885505 | 8/10/2022 | 70.92 |
| Programs | 885976 | 8/10/2022 | 70.92 |
| Programs | 886012 | 8/10/2022 | 100.00 |
| Programs | 886013 | 8/10/2022 | 100.00 |
| Programs | 899221 | 8/24/2022 | 100.00 |

| | | | |
|---|---|---|---|
| Programs | | 952005 | 10/18/2022 | 100.00 |
| Programs | | 970774 | 11/7/2022 | 100.00 |
| Programs | | 972699 | 11/8/2022 | 100.00 |
| Programs | | 1000009 | 12/6/2022 | -2.69 |
| Programs | | 1000010 | 12/6/2022 | -1.47 |
| Programs | | 1000011 | 12/6/2022 | -1.74 |
| Programs | | 1000012 | 12/6/2022 | -2.56 |
| Programs | | 1000013 | 12/6/2022 | -3.28 |
| Programs | | 1000014 | 12/6/2022 | -1.49 |
| Programs | | 1014029 | 12/19/2022 | 100.00 |
| Programs | | 1024752 | 12/28/2022 | 138.57 |
| Programs | | 1024902 | 12/28/2022 | 125.03 |
| Programs | | 1025052 | 12/28/2022 | 76.49 |
| Programs | | 1025197 | 12/28/2022 | 67.56 |
| Programs | | 1025351 | 12/28/2022 | 43.03 |
| Programs | | 1025495 | 12/28/2022 | -12.04 |
| Programs | | 1025637 | 12/28/2022 | -0.10 |
| Programs | | 1036145 | 1/5/2023 | 2.69 |
| Programs | | 1051158 | 1/23/2023 | 100.00 |
| Programs | | 1067894 | 2/7/2023 | 2.68 |
| Programs | | 1068022 | 2/7/2023 | 0.48 |
| Programs | | 1069841 | 2/7/2023 | 1.87 |
| Programs | | 1077055 | 2/15/2023 | 70.92 |
| Programs | | 1077060 | 2/15/2023 | 70.92 |
| Programs | | 1077065 | 2/15/2023 | 70.92 |
| Programs | | 1077070 | 2/15/2023 | 70.92 |
| Programs | | 1077075 | 2/15/2023 | 88.40 |
| Programs | | 1077080 | 2/15/2023 | 88.40 |
| Programs | | 1077090 | 2/15/2023 | 100.00 |
| Programs | | 1077091 | 2/15/2023 | 500.00 |
| Credit Cards | | 1 | 8/10/2022 | -660.11 |
| Credit Cards | FEE08/10/2022 | | 8/10/2022 | 13.65 |
| Credit Cards | | 1 | 8/11/2022 | -634.07 |
| Credit Cards | FEE08/11/2022 | | 8/11/2022 | 11.29 |
| Credit Cards | | 1 | 8/12/2022 | -274.04 |
| Credit Cards | FEE08/12/2022 | | 8/12/2022 | 5.18 |
| Credit Cards | FEE08/13/2022 | | 8/13/2022 | 7.25 |
| Credit Cards | | 1 | 8/13/2022 | -276.06 |
| Credit Cards | | 1 | 8/14/2022 | -398.22 |
| Credit Cards | FEE08/14/2022 | | 8/14/2022 | 7.58 |
| Credit Cards | | 1 | 8/15/2022 | -287.77 |
| Credit Cards | FEE08/15/2022 | | 8/15/2022 | 7.54 |
| Credit Cards | | 1 | 8/16/2022 | -186.51 |
| Credit Cards | FEE08/16/2022 | | 8/16/2022 | 4.85 |
| Credit Cards | FEE08/17/2022 | | 8/17/2022 | 8.34 |
| Credit Cards | | 1 | 8/17/2022 | -300.45 |
| Credit Cards | | 1 | 8/18/2022 | -353.79 |

| | | | | |
|---|---|---|---|---:|
| Credit Cards | FEE08/18/2022 | | 8/18/2022 | 9.13 |
| Credit Cards | | 1 | 8/19/2022 | -308.63 |
| Credit Cards | FEE08/19/2022 | | 8/19/2022 | 9.30 |
| Credit Cards | | 1 | 8/20/2022 | -415.35 |
| Credit Cards | FEE08/20/2022 | | 8/20/2022 | 11.05 |
| Credit Cards | | 1 | 8/21/2022 | -249.78 |
| Credit Cards | FEE08/21/2022 | | 8/21/2022 | 6.57 |
| Credit Cards | | 1 | 8/22/2022 | -307.90 |
| Credit Cards | FEE08/22/2022 | | 8/22/2022 | 7.73 |
| Credit Cards | | 1 | 8/23/2022 | -260.93 |
| Credit Cards | FEE08/23/2022 | | 8/23/2022 | 6.55 |
| Credit Cards | | 1 | 8/24/2022 | -208.21 |
| Credit Cards | FEE08/24/2022 | | 8/24/2022 | 6.34 |
| Credit Cards | | 1 | 8/25/2022 | -195.30 |
| Credit Cards | FEE08/25/2022 | | 8/25/2022 | 6.37 |
| Credit Cards | | 1 | 8/26/2022 | -221.39 |
| Credit Cards | FEE08/26/2022 | | 8/26/2022 | 6.55 |
| Credit Cards | FEE08/27/2022 | | 8/27/2022 | 8.48 |
| Credit Cards | | 1 | 8/27/2022 | -282.67 |
| Credit Cards | | 1 | 8/28/2022 | -251.06 |
| Credit Cards | FEE08/28/2022 | | 8/28/2022 | 5.95 |
| Credit Cards | | 1 | 8/29/2022 | -164.28 |
| Credit Cards | FEE08/29/2022 | | 8/29/2022 | 5.81 |
| Credit Cards | | 1 | 8/30/2022 | -136.73 |
| Credit Cards | FEE08/30/2022 | | 8/30/2022 | 4.77 |
| Credit Cards | | 1 | 8/31/2022 | -148.44 |
| Credit Cards | FEE08/31/2022 | | 8/31/2022 | 5.45 |
| Credit Cards | | 1 | 9/1/2022 | -251.09 |
| Credit Cards | FEE09/01/2022 | | 9/1/2022 | 6.63 |
| Credit Cards | | 1 | 9/2/2022 | -255.51 |
| Credit Cards | FEE09/02/2022 | | 9/2/2022 | 8.34 |
| Credit Cards | | 1 | 9/3/2022 | -363.56 |
| Credit Cards | FEE09/03/2022 | | 9/3/2022 | 9.29 |
| Credit Cards | | 1 | 9/4/2022 | -358.11 |
| Credit Cards | FEE09/04/2022 | | 9/4/2022 | 7.79 |
| Credit Cards | | 1 | 9/5/2022 | -125.51 |
| Credit Cards | FEE09/05/2022 | | 9/5/2022 | 3.76 |
| Credit Cards | | 1 | 9/6/2022 | -130.14 |
| Credit Cards | FEE09/06/2022 | | 9/6/2022 | 3.98 |
| Credit Cards | | 1 | 9/7/2022 | -41.40 |
| Credit Cards | FEE09/07/2022 | | 9/7/2022 | 1.69 |
| Credit Cards | | 1 | 9/8/2022 | -146.93 |
| Credit Cards | FEE09/08/2022 | | 9/8/2022 | 3.33 |
| Credit Cards | | 1 | 9/9/2022 | -110.98 |
| Credit Cards | FEE09/09/2022 | | 9/9/2022 | 3.19 |
| Credit Cards | FEE09/10/2022 | | 9/10/2022 | 3.83 |
| Credit Cards | | 1 | 9/10/2022 | -144.10 |

| Account | Memo | Num | Date | Amount |
|---|---|---|---|---|
| Credit Cards | | 1 | 9/11/2022 | -113.63 |
| Credit Cards | FEE09/11/2022 | | 9/11/2022 | 2.41 |
| Credit Cards | | 1 | 9/12/2022 | -121.89 |
| Credit Cards | FEE09/12/2022 | | 9/12/2022 | 3.06 |
| Credit Cards | | 1 | 9/13/2022 | -125.00 |
| Credit Cards | FEE09/13/2022 | | 9/13/2022 | 2.43 |
| Credit Cards | | 1 | 9/14/2022 | -127.65 |
| Credit Cards | FEE09/14/2022 | | 9/14/2022 | 3.83 |
| Credit Cards | | 1 | 9/15/2022 | -121.40 |
| Credit Cards | FEE09/15/2022 | | 9/15/2022 | 2.75 |
| Credit Cards | | 1 | 9/16/2022 | -103.20 |
| Credit Cards | FEE09/16/2022 | | 9/16/2022 | 2.81 |
| Credit Cards | | 1 | 9/17/2022 | -104.33 |
| Credit Cards | FEE09/17/2022 | | 9/17/2022 | 3.04 |
| Credit Cards | | 1 | 9/18/2022 | -104.41 |
| Credit Cards | FEE09/18/2022 | | 9/18/2022 | 3.52 |
| Credit Cards | | 1 | 9/19/2022 | -117.59 |
| Credit Cards | FEE09/19/2022 | | 9/19/2022 | 3.38 |
| Credit Cards | | 1 | 9/20/2022 | -114.11 |
| Credit Cards | FEE09/20/2022 | | 9/20/2022 | 3.19 |
| Credit Cards | | 1 | 9/21/2022 | -82.15 |
| Credit Cards | FEE09/21/2022 | | 9/21/2022 | 2.40 |
| Credit Cards | | 1 | 9/22/2022 | -104.98 |
| Credit Cards | FEE09/22/2022 | | 9/22/2022 | 3.41 |
| Credit Cards | | 1 | 9/23/2022 | -119.39 |
| Credit Cards | FEE09/23/2022 | | 9/23/2022 | 2.89 |
| Credit Cards | | 1 | 9/24/2022 | -101.89 |
| Credit Cards | FEE09/24/2022 | | 9/24/2022 | 1.87 |
| Credit Cards | | 1 | 9/25/2022 | -132.00 |
| Credit Cards | FEE09/25/2022 | | 9/25/2022 | 2.98 |
| Credit Cards | | 1 | 9/26/2022 | -69.32 |
| Credit Cards | FEE09/26/2022 | | 9/26/2022 | 2.14 |
| Credit Cards | | 1 | 9/27/2022 | -49.72 |
| Credit Cards | FEE09/27/2022 | | 9/27/2022 | 1.72 |
| Credit Cards | | 1 | 9/28/2022 | -59.65 |
| Credit Cards | FEE09/28/2022 | | 9/28/2022 | 1.07 |
| Credit Cards | | 1 | 9/29/2022 | -64.32 |
| Credit Cards | FEE09/29/2022 | | 9/29/2022 | 1.56 |
| Credit Cards | | 1 | 9/30/2022 | -94.71 |
| Credit Cards | FEE09/30/2022 | | 9/30/2022 | 2.24 |
| Credit Cards | FEE10/01/2022 | | 10/1/2022 | 1.86 |
| Credit Cards | | 1 | 10/1/2022 | -71.71 |
| Credit Cards | FEE10/02/2022 | | 10/2/2022 | 0.86 |
| Credit Cards | | 1 | 10/2/2022 | -48.75 |
| Credit Cards | | 1 | 10/3/2022 | -40.57 |
| Credit Cards | FEE10/03/2022 | | 10/3/2022 | 1.16 |
| Credit Cards | | 1 | 10/4/2022 | -74.45 |

| | | | | |
|---|---|---|---|---|
| Credit Cards | FEE10/04/2022 | | 10/4/2022 | 2.35 |
| Credit Cards | | 1 | 10/5/2022 | -121.96 |
| Credit Cards | FEE10/05/2022 | | 10/5/2022 | 2.42 |
| Credit Cards | | 1 | 10/6/2022 | -79.96 |
| Credit Cards | FEE10/06/2022 | | 10/6/2022 | 2.01 |
| Credit Cards | | 1 | 10/7/2022 | -73.12 |
| Credit Cards | FEE10/07/2022 | | 10/7/2022 | 2.19 |
| Credit Cards | FEE10/08/2022 | | 10/8/2022 | 1.62 |
| Credit Cards | | 1 | 10/8/2022 | -50.02 |
| Credit Cards | FEE10/09/2022 | | 10/9/2022 | 0.19 |
| Credit Cards | | 1 | 10/9/2022 | -2.11 |
| Credit Cards | | 1 | 10/10/2022 | -40.43 |
| Credit Cards | FEE10/10/2022 | | 10/10/2022 | 1.19 |
| Credit Cards | | 1 | 10/11/2022 | -45.72 |
| Credit Cards | FEE10/11/2022 | | 10/11/2022 | 1.27 |
| Credit Cards | | 1 | 10/12/2022 | -32.49 |
| Credit Cards | FEE10/12/2022 | | 10/12/2022 | 1.26 |
| Credit Cards | | 1 | 10/13/2022 | -23.53 |
| Credit Cards | FEE10/13/2022 | | 10/13/2022 | 0.78 |
| Credit Cards | | 1 | 10/14/2022 | -47.83 |
| Credit Cards | FEE10/14/2022 | | 10/14/2022 | 1.45 |
| Credit Cards | FEE10/15/2022 | | 10/15/2022 | 1.53 |
| Credit Cards | | 1 | 10/15/2022 | -53.81 |
| Credit Cards | FEE10/16/2022 | | 10/16/2022 | 1.12 |
| Credit Cards | | 1 | 10/16/2022 | -37.75 |
| Credit Cards | | 1 | 10/17/2022 | -45.98 |
| Credit Cards | FEE10/17/2022 | | 10/17/2022 | 0.73 |
| Credit Cards | | 1 | 10/18/2022 | -43.50 |
| Credit Cards | FEE10/18/2022 | | 10/18/2022 | 1.23 |
| Credit Cards | | 1 | 10/19/2022 | -39.58 |
| Credit Cards | FEE10/19/2022 | | 10/19/2022 | 1.16 |
| Credit Cards | | 1 | 10/20/2022 | -63.19 |
| Credit Cards | FEE10/20/2022 | | 10/20/2022 | 1.02 |
| Credit Cards | | 1 | 10/21/2022 | -79.87 |
| Credit Cards | FEE10/21/2022 | | 10/21/2022 | 1.71 |
| Credit Cards | | 1 | 10/22/2022 | -114.12 |
| Credit Cards | FEE10/22/2022 | | 10/22/2022 | 2.62 |
| Credit Cards | | 1 | 10/23/2022 | -28.98 |
| Credit Cards | FEE10/23/2022 | | 10/23/2022 | 0.89 |
| Credit Cards | | 1 | 10/25/2022 | -55.73 |
| Credit Cards | FEE10/25/2022 | | 10/25/2022 | 1.21 |
| Credit Cards | | 1 | 10/27/2022 | -35.01 |
| Credit Cards | FEE10/27/2022 | | 10/27/2022 | 0.92 |
| Credit Cards | | 1 | 10/28/2022 | -39.14 |
| Credit Cards | FEE10/28/2022 | | 10/28/2022 | 0.99 |
| Credit Cards | | 1 | 10/29/2022 | -34.53 |
| Credit Cards | FEE10/29/2022 | | 10/29/2022 | 1.09 |

| Credit Cards | | 1 | 11/1/2022 | -30.72 |
|---|---|---|---|---|
| Credit Cards | FEE11/01/2022 | | 11/1/2022 | 0.83 |
| Credit Cards | | 1 | 11/2/2022 | -10.31 |
| Credit Cards | FEE11/02/2022 | | 11/2/2022 | 0.55 |
| Credit Cards | | 1 | 11/3/2022 | -25.87 |
| Credit Cards | FEE11/03/2022 | | 11/3/2022 | 0.87 |
| Credit Cards | FEE11/06/2022 | | 11/6/2022 | 0.40 |
| Credit Cards | | 1 | 11/6/2022 | -7.13 |
| Credit Cards | | 1 | 11/9/2022 | -24.84 |
| Credit Cards | FEE11/09/2022 | | 11/9/2022 | 0.69 |
| Credit Cards | | 1 | 11/11/2022 | -40.82 |
| Credit Cards | FEE11/11/2022 | | 11/11/2022 | 0.74 |
| Credit Cards | | 1 | 11/12/2022 | -26.52 |
| Credit Cards | FEE11/12/2022 | | 11/12/2022 | 1.10 |
| Credit Cards | | 1 | 11/14/2022 | -12.01 |
| Credit Cards | FEE11/14/2022 | | 11/14/2022 | 0.25 |
| Credit Cards | | 1 | 11/17/2022 | -3.26 |
| Credit Cards | FEE11/17/2022 | | 11/17/2022 | 0.19 |
| Credit Cards | | 1 | 11/18/2022 | -22.61 |
| Credit Cards | FEE11/18/2022 | | 11/18/2022 | 0.60 |
| Credit Cards | FEE11/19/2022 | | 11/19/2022 | 0.99 |
| Credit Cards | | 1 | 11/19/2022 | -45.65 |
| Credit Cards | 3-11/23/2022 | | 12/5/2022 | -2.10 |
| Credit Cards | 3-11/30/2022 | | 12/5/2022 | -9.85 |
| Credit Cards | | 1 | 12/11/2022 | -19.75 |
| Credit Cards | FEE11/23/2022 | | 12/5/2022 | 0.05 |
| Credit Cards | FEE11/30/2022 | | 12/5/2022 | 0.23 |
| Credit Cards | FEE12/11/2022 | | 12/11/2022 | 0.05 |
| Credit Cards | | 1 | 1/2/2023 | -25.00 |
| Credit Cards | FEE01/02/2023 | | 1/2/2023 | 0.05 |
| Credit Cards | FEE01/03/2023 | | 1/3/2023 | 0.05 |
| Credit Cards | | 1 | 1/3/2023 | -23.99 |
| Credit Cards | FEE01/04/2023 | | 1/4/2023 | 0.05 |
| Credit Cards | | 1 | 1/4/2023 | -10.90 |
| Credit Cards | | 1 | 1/6/2023 | -6.14 |
| Credit Cards | FEE01/06/2023 | | 1/6/2023 | 0.05 |
| Credit Cards | | 1 | 1/9/2023 | -31.08 |
| Credit Cards | FEE01/09/2023 | | 1/9/2023 | 0.13 |
| Credit Cards | | 1 | 1/11/2023 | -6.22 |
| Credit Cards | FEE01/11/2023 | | 1/11/2023 | 0.13 |
| Credit Cards | | 1 | 1/19/2023 | -15.67 |
| Credit Cards | FEE01/19/2023 | | 1/19/2023 | 0.05 |
| Credit Cards | | 1 | 1/22/2023 | -51.06 |
| Credit Cards | FEE01/22/2023 | | 1/22/2023 | 1.09 |
| Credit Cards | FEE02/14/2023 | | 2/14/2023 | 0.27 |
| Credit Cards | | 1 | 2/14/2023 | -9.02 |

**64,407.04** Account Balance

# 4213781

| Invoice Type | Invoice Number | Invoice Date | Invoice Amount | Notes |
|---|---|---|---:|---|
| Rent | Property Tax | 5/1/2020 | 836.87 | |
| Rent | Network Fee | 5/20/2020 | 70.92 | |
| Rent | I-0363696A | 4/12/2020 | 2,736.00 | |
| Rent | I-0363696C | 4/12/2020 | -2,995.20 | |
| Rent | Rent | 5/1/2020 | 4,023.24 | |
| Rent | Network Fee | 4/20/2020 | 70.92 | |
| Rent | I-0363696 | 4/12/2020 | 2,995.20 | |
| Rent | Mystery Shop | 5/21/2020 | 100.00 | |
| Rent | Rent June | 6/1/2020 | 4,023.24 | |
| Rent | Property Tax | 6/1/2020 | 836.87 | |
| Rent | Rent | 7/1/2020 | 4,023.24 | |
| Rent | Property Tax | 7/1/2020 | 836.87 | |
| Rent | Rent | 8/1/2020 | 4,023.24 | |
| Rent | Property Tax | 8/1/2020 | 836.87 | |
| Rent | Rent | 9/1/2020 | 4,023.24 | |
| Rent | Property Tax | 9/1/2020 | 836.87 | |
| Rent | Rent | 10/1/2020 | 4,023.24 | |
| Rent | Property Tax | 10/1/2020 | 836.87 | |
| Rent | TAN958049-4213781 | 11/1/2020 | 836.87 | |
| Rent | TAN958048-4213781 | 11/1/2020 | 4,023.24 | |
| Rent | TAN978714-4213781 | 12/1/2020 | 836.87 | |
| Rent | TAN978713-4213781 | 12/1/2020 | 4,023.24 | |
| Rent | TAN1007540-4213781 | 1/1/2021 | 836.87 | |
| Rent | TAN1007539-4213781 | 1/1/2021 | 4,023.24 | |
| Rent | TAN1024475-4213781 | 1/19/2021 | 836.87 | |
| Rent | TAN1024474-4213781 | 1/19/2021 | 4,023.24 | |
| Rent | TAN1055572-4213781 | 3/1/2021 | 836.87 | |
| Rent | TAN1055571-4213781 | 3/1/2021 | 4,023.24 | |
| Rent | TAN1081874-4213781 | 4/1/2021 | 836.87 | |
| Rent | TAN1081873-4213781 | 4/1/2021 | 4,023.24 | |
| Rent | TAN1115373-4213781 | 5/1/2021 | 4,023.24 | |
| Rent | TAN1115374-4213781 | 5/1/2021 | 836.87 | |
| Rent | TAN1137077-4213781 | 6/1/2021 | 4,023.24 | |
| Rent | TAN1137078-4213781 | 6/1/2021 | 836.87 | |
| Rent | TAN1161895-4213781 | 7/1/2021 | 4,023.24 | |
| Rent | TAN1161896-4213781 | 7/1/2021 | 836.87 | |
| Security Deposit Interest | SECDEPINT2021 | 7/9/2021 | -27.14 | |
| Rent | TAN1184800-4213781 | 8/1/2021 | 4,023.24 | |
| Rent | TAN1184801-4213781 | 8/1/2021 | 836.87 | |
| Rent | TAN1208414-4213781 | 9/1/2021 | 4,023.24 | |
| Rent | TAN1208415-4213781 | 9/1/2021 | 836.87 | |
| Rent | TAN1239653-4213781 | 10/1/2021 | 4,023.24 | |
| Rent | TAN1239654-4213781 | 10/1/2021 | 836.87 | |
| Rent | TAN1265043-4213781 | 11/1/2021 | 836.87 | |
| Rent | TAN1265042-4213781 | 11/1/2021 | 4,023.24 | |
| Programs | MAKO053120 | 10/27/2021 | 192.00 | |

| | | | |
|---|---|---|---|
| Programs | MAKO063020 | 10/27/2021 | 192.00 |
| Programs | MAKO072520 | 10/27/2021 | 192.00 |
| Programs | MAKO083120 | 10/27/2021 | 192.00 |
| Programs | MAKO093020 | 10/27/2021 | 101.00 |
| Programs | MAKO100920 | 10/27/2021 | 25.00 |
| Programs | MAKO103120 | 10/27/2021 | 125.70 |
| Programs | MAKO113020 | 10/27/2021 | 125.64 |
| Programs | MAKO123120 | 10/27/2021 | 125.72 |
| Programs | MAKO013121 | 10/27/2021 | 125.70 |
| Programs | MAKO022821 | 10/27/2021 | 125.72 |
| Programs | MAKO033121 | 10/27/2021 | 125.72 |
| Programs | MAKO043021 | 10/27/2021 | 125.72 |
| Programs | MAKO053121 | 10/27/2021 | 125.72 |
| Programs | MAKO063021 | 10/27/2021 | 125.72 |
| Programs | MAKO073121 | 10/27/2021 | 251.44 |
| Programs | VFASM042020 | 10/27/2021 | 70.92 |
| Programs | VFASM052020 | 10/27/2021 | 70.92 |
| Programs | VFASM062020 | 10/27/2021 | 70.92 |
| Programs | VFASM072020 | 10/27/2021 | 70.92 |
| Programs | VFASM082020 | 10/27/2021 | 70.92 |
| Programs | VFASM092020 | 10/27/2021 | 70.92 |
| Programs | VFASM102020 | 10/27/2021 | 70.92 |
| Programs | VFASM112020 | 10/27/2021 | 70.92 |
| Programs | VFASM122020 | 10/27/2021 | 70.92 |
| Programs | VFASM012021 | 10/27/2021 | 70.92 |
| Programs | VFASM022021 | 10/27/2021 | 70.92 |
| Programs | VFASM032021 | 10/27/2021 | 70.92 |
| Programs | VFASM042021 | 10/27/2021 | 70.92 |
| Programs | VFASM052021 | 10/27/2021 | 70.92 |
| Programs | VFASM062021 | 10/27/2021 | 70.92 |
| Programs | VFASM072021 | 10/27/2021 | 70.92 |
| Programs | VFASM082021 | 10/27/2021 | 70.92 |
| Programs | NTWK052020 | 10/27/2021 | 100.00 |
| Programs | NTWK062020 | 10/27/2021 | 100.00 |
| Programs | NTWK072020 | 10/27/2021 | 100.00 |
| Programs | NTWK082020 | 10/27/2021 | 100.00 |
| Programs | NTWK092020 | 10/27/2021 | 100.00 |
| Programs | NTWK102020 | 10/27/2021 | 100.00 |
| Programs | NTWK112020 | 10/27/2021 | 100.00 |
| Programs | NTWK122020 | 10/27/2021 | 100.00 |
| Programs | NTWK012021 | 10/27/2021 | 100.00 |
| Programs | NTWK022021 | 10/27/2021 | 100.00 |
| Programs | NTWK032021 | 10/27/2021 | 100.00 |
| Programs | NTWK042021 | 10/27/2021 | 100.00 |
| Programs | NTWK052021 | 10/27/2021 | 100.00 |
| Programs | NTWK062021 | 10/27/2021 | 100.00 |
| Programs | NTWK072021 | 10/27/2021 | 100.00 |

| | | | |
|---|---|---|---:|
| Programs | NTWK082021 | 10/27/2021 | 100.00 |
| Programs | MYSHOP040721 | 10/27/2021 | 100.00 |
| Programs | NTWK092021 | 10/27/2021 | 100.00 |
| Programs | NTWK102021 | 10/27/2021 | 100.00 |
| Rent | TAN1295878-4213781 | 12/1/2021 | 4,023.24 |
| Rent | TAN1295879-4213781 | 12/1/2021 | 836.87 |
| Programs | VFASM092021 | 11/22/2021 | 70.92 |
| Programs | NTWK112021 | 11/22/2021 | 100.00 |
| Programs | NTWK122021 | 11/22/2021 | 100.00 |
| Programs | MYSHOP101421 | 11/23/2021 | -100.00 |
| Programs | VFASM102021 | 11/30/2021 | 71.24 |
| Rent | TAN1304029-4213781 | 12/31/2021 | -251.62 |
| Rent | TAN1304028-4213781 | 12/31/2021 | 2,994.25 |
| Rent | TAN1304030-4213781 | 12/31/2021 | -141.19 |
| Rent | TAN1304031-4213781 | 12/31/2021 | -1,678.95 |
| Programs | NTWK012022 | 12/15/2021 | 100.00 |
| Rent | TAN1322007-4213781 | 12/31/2021 | -139.91 |
| Rent | TAN1314064-4213781 | 1/1/2022 | 836.87 |
| Rent | TAN1314063-4213781 | 1/1/2022 | 4,023.24 |
| Programs | NTWK022022 | 1/15/2022 | 100.00 |
| Rent | TAN1340226-4213781 | 2/1/2022 | 696.96 |
| Rent | TAN1340225-4213781 | 2/1/2022 | 4,023.24 |
| Programs | NTWK032022 | 2/15/2022 | 100.00 |
| Rent | TAN1363485-4213781 | 3/1/2022 | 696.96 |
| Rent | TAN1363484-4213781 | 3/1/2022 | 4,023.24 |
| Programs | VFASM112021 | 3/1/2022 | 70.92 |
| Programs | VFASM122021 | 3/1/2022 | 70.92 |
| Programs | VFASM012022 | 3/1/2022 | 70.92 |
| Programs | NTWK042022 | 3/15/2022 | 100.00 |
| Rent | TAN1386456-4213781 | 4/1/2022 | 696.96 |
| Rent | TAN1386455-4213781 | 4/1/2022 | 4,023.24 |
| Rent | TAN1406540-4213781 | 5/1/2022 | 696.96 |
| Rent | TAN1406539-4213781 | 5/1/2022 | 4,023.24 |
| Rent | TAN1427555-4213781 | 6/1/2022 | 696.96 |
| Rent | TAN1427554-4213781 | 6/1/2022 | 4,023.24 |
| Rent | TAN1452931-4213781 | 7/1/2022 | 696.96 |
| Rent | TAN1452930-4213781 | 7/1/2022 | 4,023.24 |
| Rent | TAN1475066-4213781 | 8/1/2022 | 696.96 |
| Rent | TAN1475065-4213781 | 8/1/2022 | 4,023.24 |
| Rent | TAN1499849-4213781 | 9/1/2022 | 696.96 |
| Rent | TAN1499848-4213781 | 9/1/2022 | 4,023.24 |
| Rent | TAN1525442-4213781 | 10/1/2022 | 4,023.24 |
| Rent | TAN1525443-4213781 | 10/1/2022 | 696.96 |
| Rent | TAN1547033-4213781 | 11/1/2022 | 696.96 |
| Rent | TAN1547032-4213781 | 11/1/2022 | 4,023.24 |
| Rent | TAN1565716-4213781 | 12/1/2022 | 696.96 |
| Rent | TAN1565715-4213781 | 12/1/2022 | 4,023.24 |

| Category | Reference | Date | Amount |
|---|---|---|---|
| Rent | TAN1570967-4213781 | 12/30/2022 | 3,855.92 |
| Rent | TAN1600989-4213781 | 1/1/2023 | 696.96 |
| Rent | TAN1600988-4213781 | 1/1/2023 | 4,023.24 |
| Rent | TAN1633976-4213781 | 2/1/2023 | 696.96 |
| Rent | TAN1633975-4213781 | 2/1/2023 | 4,023.24 |
| Rent | TAN1661332-4213781 | 3/1/2023 | 696.96 |
| Rent | TAN1661331-4213781 | 3/1/2023 | 4,023.24 |
| Rent | TAN1684447-4213781 | 4/1/2023 | 4,023.24 |
| Rent | TAN1684448-4213781 | 4/1/2023 | 696.96 |
| Rent | TAN1710201-4213781 | 5/1/2023 | 4,023.24 |
| Rent | TAN1710202-4213781 | 5/1/2023 | 696.96 |
| Rent | TAN1733958-4213781 | 6/1/2023 | 696.96 |
| Rent | TAN1733957-4213781 | 6/1/2023 | 4,023.24 |
| Rent | TAN1755438-4213781 | 7/1/2023 | 4,023.24 |
| Rent | TAN1755439-4213781 | 7/1/2023 | 696.96 |
| Rent | TAN1774867-4213781 | 8/1/2023 | 696.96 |
| Rent | TAN1774866-4213781 | 8/1/2023 | 4,023.24 |
| Programs | 772419 | 4/15/2022 | 100.00 |
| Programs | 791462 | 5/8/2022 | 70.92 |
| Programs | 791467 | 5/8/2022 | 70.92 |
| Programs | 798353 | 5/16/2022 | 100.00 |
| Programs | 832143 | 6/17/2022 | 100.00 |
| Programs | 859976 | 7/18/2022 | 100.00 |
| Programs | 885502 | 8/10/2022 | 70.92 |
| Programs | 885507 | 8/10/2022 | 70.92 |
| Programs | 885978 | 8/10/2022 | 70.92 |
| Programs | 899223 | 8/24/2022 | 100.00 |
| Programs | 952007 | 10/18/2022 | 100.00 |
| Programs | 970776 | 11/7/2022 | 100.00 |
| Programs | 972701 | 11/8/2022 | 100.00 |
| Programs | 1014031 | 12/19/2022 | 100.00 |
| Programs | 1051160 | 1/23/2023 | 100.00 |
| Programs | 1077057 | 2/15/2023 | 70.92 |
| Programs | 1077062 | 2/15/2023 | 70.92 |
| Programs | 1077067 | 2/15/2023 | 70.92 |
| Programs | 1077072 | 2/15/2023 | 70.92 |
| Programs | 1077077 | 2/15/2023 | 88.40 |
| Programs | 1077082 | 2/15/2023 | 88.40 |
| Programs | LOYFEE-1-200412-0.10 | 4/12/2020 | 0.10 |
| Programs | BPLOY-1-200412-0.20 | 4/12/2020 | -0.20 |
| Credit Cards | 1 | 11/13/2020 | -264.78 |
| Credit Cards | FEE11/13/2020 | 11/13/2020 | 6.65 |
| Credit Cards | 1 | 11/14/2020 | -101.25 |
| Credit Cards | FEE11/14/2020 | 11/14/2020 | 2.58 |
| Credit Cards | 1 | 11/15/2020 | -85.37 |
| Credit Cards | FEE11/15/2020 | 11/15/2020 | 1.97 |
| Credit Cards | 1 | 11/16/2020 | -193.52 |

| Credit Cards | FEE11/16/2020 |   | 11/16/2020 | 4.09 |
| Credit Cards |   | 1 | 11/17/2020 | -171.22 |
| Credit Cards | FEE11/17/2020 |   | 11/17/2020 | 4.34 |
| Credit Cards |   | 1 | 11/18/2020 | -92.75 |
| Credit Cards | FEE11/18/2020 |   | 11/18/2020 | 2.61 |
| Credit Cards |   | 1 | 11/19/2020 | -137.63 |
| Credit Cards | FEE11/19/2020 |   | 11/19/2020 | 3.58 |
| Credit Cards |   | 1 | 11/20/2020 | -204.71 |
| Credit Cards | FEE11/20/2020 |   | 11/20/2020 | 4.81 |
| Credit Cards |   | 1 | 11/21/2020 | -128.06 |
| Credit Cards | FEE11/21/2020 |   | 11/21/2020 | 2.86 |
| Credit Cards |   | 1 | 11/22/2020 | -164.71 |
| Credit Cards | FEE11/22/2020 |   | 11/22/2020 | 2.82 |
| Credit Cards |   | 1 | 11/23/2020 | -92.02 |
| Credit Cards | FEE11/23/2020 |   | 11/23/2020 | 2.40 |
| Credit Cards |   | 1 | 11/24/2020 | -100.51 |
| Credit Cards | FEE11/24/2020 |   | 11/24/2020 | 2.78 |
| Credit Cards |   | 1 | 11/25/2020 | -112.28 |
| Credit Cards | FEE11/25/2020 |   | 11/25/2020 | 2.62 |
| Credit Cards |   | 1 | 11/26/2020 | -54.51 |
| Credit Cards | FEE11/26/2020 |   | 11/26/2020 | 1.71 |
| Credit Cards |   | 1 | 11/27/2020 | -105.67 |
| Credit Cards | FEE11/27/2020 |   | 11/27/2020 | 2.98 |
| Credit Cards |   | 1 | 11/28/2020 | -112.84 |
| Credit Cards | FEE11/28/2020 |   | 11/28/2020 | 2.45 |
| Credit Cards |   | 1 | 11/29/2020 | -150.95 |
| Credit Cards | FEE11/29/2020 |   | 11/29/2020 | 3.57 |
| Credit Cards |   | 1 | 11/30/2020 | -116.62 |
| Credit Cards | FEE11/30/2020 |   | 11/30/2020 | 3.11 |
| Credit Cards |   | 1 | 12/1/2020 | -116.86 |
| Credit Cards | FEE12/01/2020 |   | 12/1/2020 | 3.36 |
| Credit Cards |   | 1 | 12/2/2020 | -157.08 |
| Credit Cards | FEE12/02/2020 |   | 12/2/2020 | 3.46 |
| Credit Cards |   | 1 | 12/3/2020 | -90.70 |
| Credit Cards | FEE12/03/2020 |   | 12/3/2020 | 2.11 |
| Credit Cards |   | 1 | 12/4/2020 | -215.67 |
| Credit Cards | FEE12/04/2020 |   | 12/4/2020 | 4.73 |
| Credit Cards |   | 1 | 12/5/2020 | -114.14 |
| Credit Cards | FEE12/05/2020 |   | 12/5/2020 | 2.39 |
| Credit Cards |   | 1 | 12/6/2020 | -229.14 |
| Credit Cards | FEE12/06/2020 |   | 12/6/2020 | 4.50 |
| Credit Cards |   | 1 | 12/7/2020 | -87.94 |
| Credit Cards | FEE12/07/2020 |   | 12/7/2020 | 2.69 |
| Credit Cards |   | 1 | 12/8/2020 | -94.39 |
| Credit Cards | FEE12/08/2020 |   | 12/8/2020 | 2.95 |
| Credit Cards |   | 1 | 12/9/2020 | -297.72 |
| Credit Cards | FEE12/09/2020 |   | 12/9/2020 | 5.98 |

| | | | | |
|---|---|---|---|---|
| Credit Cards | | 1 | 12/10/2020 | -70.22 |
| Credit Cards | FEE12/10/2020 | | 12/10/2020 | 2.16 |
| Credit Cards | | 1 | 12/11/2020 | -181.94 |
| Credit Cards | FEE12/11/2020 | | 12/11/2020 | 4.78 |
| Credit Cards | | 1 | 12/12/2020 | -123.35 |
| Credit Cards | FEE12/12/2020 | | 12/12/2020 | 3.03 |
| Credit Cards | | 1 | 12/13/2020 | -53.22 |
| Credit Cards | FEE12/13/2020 | | 12/13/2020 | 1.39 |
| Credit Cards | | 1 | 12/14/2020 | -184.79 |
| Credit Cards | FEE12/14/2020 | | 12/14/2020 | 4.44 |
| Credit Cards | | 1 | 12/15/2020 | -126.78 |
| Credit Cards | FEE12/15/2020 | | 12/15/2020 | 3.26 |
| Credit Cards | | 1 | 12/16/2020 | -149.26 |
| Credit Cards | FEE12/16/2020 | | 12/16/2020 | 3.56 |
| Credit Cards | | 1 | 12/17/2020 | -145.51 |
| Credit Cards | FEE12/17/2020 | | 12/17/2020 | 2.92 |
| Credit Cards | | 1 | 12/18/2020 | -262.69 |
| Credit Cards | FEE12/18/2020 | | 12/18/2020 | 6.29 |
| Credit Cards | | 1 | 12/19/2020 | -213.46 |
| Credit Cards | FEE12/19/2020 | | 12/19/2020 | 4.00 |
| Credit Cards | | 1 | 12/20/2020 | -202.08 |
| Credit Cards | FEE12/20/2020 | | 12/20/2020 | 3.85 |
| Credit Cards | | 1 | 12/21/2020 | -237.33 |
| Credit Cards | FEE12/21/2020 | | 12/21/2020 | 5.02 |
| Credit Cards | | 1 | 12/22/2020 | -116.02 |
| Credit Cards | FEE12/22/2020 | | 12/22/2020 | 2.90 |
| Credit Cards | | 1 | 12/23/2020 | -154.47 |
| Credit Cards | FEE12/23/2020 | | 12/23/2020 | 4.13 |
| Credit Cards | | 1 | 12/24/2020 | -156.44 |
| Credit Cards | FEE12/24/2020 | | 12/24/2020 | 3.39 |
| Credit Cards | | 1 | 12/25/2020 | -69.07 |
| Credit Cards | FEE12/25/2020 | | 12/25/2020 | 1.46 |
| Credit Cards | | 1 | 12/26/2020 | -135.11 |
| Credit Cards | FEE12/26/2020 | | 12/26/2020 | 3.43 |
| Credit Cards | | 1 | 12/27/2020 | -82.14 |
| Credit Cards | FEE12/27/2020 | | 12/27/2020 | 2.40 |
| Credit Cards | | 1 | 12/28/2020 | -179.84 |
| Credit Cards | FEE12/28/2020 | | 12/28/2020 | 3.52 |
| Credit Cards | | 1 | 12/29/2020 | -92.79 |
| Credit Cards | FEE12/29/2020 | | 12/29/2020 | 2.31 |
| Credit Cards | | 1 | 12/30/2020 | -149.26 |
| Credit Cards | FEE12/30/2020 | | 12/30/2020 | 3.43 |
| Credit Cards | | 1 | 12/31/2020 | -184.99 |
| Credit Cards | FEE12/31/2020 | | 12/31/2020 | 3.99 |
| | | | **200,489.61** | **Account Balance** |