# EXHIBIT 2

Zebra Environmental
& Industrial Services
PO Box 357
High Point, NC 27261



# Invoice 125766

| Bill to: | Job: |
|---|---|
| Circle K Stores Inc<br>1100 Situs Ct<br>Suite 100<br>Raleigh, NC 27606 | Store #4213781<br>2300 Jenkins Road<br>Chattanooga, TN |

| Invoice #: 125766 | Date: 10/06/23 | Customer P.O. #: |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: Barry Ward |
| Customer Code: CIRCLE K | | Manifest #: |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 1.000 | Project Management | LS | 1,500.000 | 1,500.00 |
| 1.000 | Mobilization/Demobilization | EA | 1,200.000 | 1,200.00 |
| 1.000 | Fire Marshall Inspection & Business License Fees | LS | 650.000 | 650.00 |
| 1.000 | Private Utility Locate | EA | 1,500.000 | 1,500.00 |
| 1.000 | Removal & Disposal of (3) 10,000 gal Gasoline FRP UST's (4) Dispensers, Confined Space Tank Cleaning, Flush Product Lines, Remove Vent Lines, Cut/Cap Vent Risers, Saw-Cut and Demo Concrete | LS | 30,000.000 | 30,000.00 |
| 200.000 | Up to 200 LF of Product Line Removal and Disposal (actual billed) | SF | 15.000 | 3,000.00 |
| 337.490 | Backfill Delivery (stone backfill for asphalt), Placement, Bucket Compaction (estimated, actual quantity billed) | TON | 32.000 | 10,799.68 |
| 1.000 | Vacuum Truck Services (up to (2) 10-hr days, port to port) | LS | 2,800.000 | 2,800.00 |
| 6.000 | Transportation and Disposal of Concrete Debris (quad dump truck load, actual quantity billed) | LD | 425.000 | 2,550.00 |
| 32.000 | Estimated 2,900 SF (~5 CY) of 4" Thick 4K PSI Fiber-Reinforced Concrete, | CY | 535.000 | 17,120.00 |

Please remit payment to:
Terra Nova Solutions, Inc.
P.O. Box 357
High Point, NC 27261
Email: ar@tnsolutions.co

*Continued on next page . . .*

Print Date: 11/22/23

Zebra Environmental
& Industrial Services
PO Box 357
High Point, NC 27261



# Invoice 125766

| Bill to: | Job: |
|---|---|
| Circle K Stores Inc<br>1100 Situs Ct<br>Suite 100<br>Raleigh, NC 27606 | Store #4213781<br>2300 Jenkins Road<br>Chattanooga, TN |

| Invoice #: 125766 | Date: 10/06/23 | Customer P.O. #: |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: Barry Ward |
| Customer Code: CIRCLE K | | Manifest #: |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| *Continued from previous page . . .* | | | | |
| | Placed and Broom Finished | | | |
| 1,285.000 | DISP - S Disposal - Solids | GL | 1.000 | 1,285.00 |
| | | | **Total:** | 72,404.68 |
| | | | **Current Due:** | 72,404.68 |

Please remit payment to:
Terra Nova Solutions, Inc.
P.O. Box 357
High Point, NC 27261
Email: ar@tnsolutions.co

Print Date: 11/22/23   Page 2

Case 1:23-cv-00284-TAV-CHS   Document 40-3   Filed 05/13/25   Page 3 of 3
PageID #: 569