# **EXHIBIT 3**

Zebra Environmental
& Industrial Services
PO Box 357
High Point, NC 27261


TERRA NOVA

# Invoice 124680

| Bill to: | Job: 2303067 |
|---|---|
| Circle K Stores Inc | CircleK-EastRidge-Remove3 |
| 1100 Situs Ct | Store# 4213773 |
| Suite 100 | 4011 Ringgold Road |
| Raleigh, NC 27606 | East Ridge, TN 37412 |

| Invoice #: 124680 | Date: 08/18/23 | Customer P.O. #: Attn: Liz Ward |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: Barry Ward |
| Customer Code: CIRCLE K | | Manifest #: |

Remarks: Attention: Liz Ward          *STORE # 4213773     LIZ WARD*

| Quantity | Description | U/M | Unit Price | Extension |
|---:|---|---|---:|---:|
| 1.000 | Project Management | LS | 1,500.000 | 1,500.00 |
| 1.000 | Mobilization/Demobilization | EA | 1,200.000 | 1,200.00 |
| 1.000 | Fire Marshall Inspection & Business License Fees | LS | 650.000 | 650.00 |
| 1.000 | Private Utility Locate | EA | 1,500.000 | 1,500.00 |
| 1.000 | Removal & Disposal of (3) 10,000-gal Gasoline FRP UST's (1) 2,000-gal Diesel FRP UST (4) Dispensers, Confined Space Tank Cleaning, Flush Product Lines Remove Vent Lines, Cut/Cap Vent Risers, Saw-Cut and Demo Concrete | LS | 32,000.000 | 32,000.00 |
| 200.000 | Up to 200 LF of Product Line Removal & Disposal (actual billed) | LF | 15.000 | 3,000.00 |
| 360.000 | Backfill Delivery (stone backfill for asphalt base) Placement, Bucket Compaction (estimated, actual quantity billed) | TON | 32.000 | 11,520.00 |
| 1.000 | Vacuum Truck (up to (2) 10 hour days port to port) | LS | 2,800.000 | 2,800.00 |
| 11.000 | Transport & Dispose of Concrete Debris (quad dump truck load, actual quantity billed) | LD | 425.000 | 4,675.00 |
| 31.500 | Estimated 1,900 SF (~24 CY) of 4" | CY | 535.000 | 16,852.50 |

Please remit payment to:
Terra Nova Solutions, Inc.
P.O. Box 357
High Point, NC 27261
Email: ar@tnsolutions.co

*Continued on next page . . .*

Print Date: 09/07/23

Zebra Environmental
& Industrial Services
PO Box 357
High Point, NC 27261

 TERRA NOVA

# Invoice 124680

| Bill to:                                                      | Job: 2303067                  |
|---------------------------------------------------------------|-------------------------------|
| Circle K Stores Inc<br>1100 Situs Ct<br>Suite 100<br>Raleigh, NC 27606 | CircleK-EastRidge-Remove3<br>Store# 4213773<br>4011 Ringgold Road<br>East Ridge, TN  37412 |

| Invoice #: 124680 | Date: 08/18/23 | Customer P.O. #: Attn: Liz Ward |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: Barry Ward |
| Customer Code: CIRCLE K | | Manifest #: |

Remarks: Attention: Liz Ward

| Quantity | Description | U/M | Unit Price | Extension |
|---:|---|---|---:|---:|
| *Continued from previous page . . .* | | | | |
| | Thick 4K PSI Fiber-Reinforced Concrete, | | | |
| | Placed and Broom Finished | | | |
| 800.000 | Disposal Non Haz Liqs Manifest 2303067-1 | GL | 0.350 | 280.00 |
| 132.000 | Disposal Non Haz Sludge Man 2303067-1 | GL | 0.940 | 124.08 |
| 1.000 | Canopy Demo | EA | 6,875.000 | 6,875.00 |
| | | | **Total:** | 82,976.58 |
| | | | **Current Due:** | 82,976.58 |

Please remit payment to:
Terra Nova Solutions, Inc.
P.O. Box 357
High Point, NC 27261
Email: ar@tnsolutions.co

# MATERIAL MANIFEST

**EMERGENCY PHONE NO.** (336) 841-5276



## TERRA NOVA
POST OFFICE BOX 357  TEL (336) 841-5276
HIGH POINT, NC 27261  FAX (336) 841-5509

| Manifest Document No. | |
|---|---|
| Page | of |
| 1 | 2 |
| Zebra Job No. | |
| 23030.3 | |

## GENERATOR INFORMATION

| Name | US EPA ID No. |
|---|---|
| Astec (R) #4213773 | |
| Street Address | Mailing Address | Phone No. |
| 4001 Ringgold Rd. | c/o Atlas | Contact |
| Chattanooga, TN | | |

## DESCRIPTION OF MATERIALS

| HM | USDOT Proper Shipping Name | Hazard Class or Div | UN/NA ID No. | Packing Group | Containers Qty. | Containers Type | Total Quantity | Unit Wt./Vol. |
|---|---|---|---|---|---|---|---|---|
| a. | Non Haz Liquids (NOS) | — | — | — | 1 | TT | 952 | Gal |
| b. | | | | | | | | |
| c. | | | | | | | | |

## ADDITIONAL INFORMATION

| | | ERG No. | Zebra Profile Code | Facility Use |
|---|---|---|---|---|
| a. | | — | | |
| b. | pcw | | | |
| c. | | | | |

## GENERATOR'S CERTIFICATION

This is to certify that the above-described materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. I further certify that none of the materials described above are a hazardous waste as defined by EPA 40 CFR Part 261 or any applicable state law, and unless specifically identified above, the materials contain less than 1,000 ppm total halogens and do not contain quantifiable levels (2 ppm) of PCBs as defined by EPA 40 CFR Parts 279 and 761.

| Printed / Typed Name | Signature | Mo. / Day / Yr. |
|---|---|---|

## TRANSPORTER INFORMATION

| Transporter | TN Solutions, Inc. | I hereby acknowledge receipt of the above-described materials for transport from the generator site listed above. |
|---|---|---|
| Address | 901 East Springfield Road, High Point, NC 27263 | Signature: Bobby Dale  8-10-23 Shipment Date |
| Transporter or EPA ID No. | NC0991302669  Unit No. T-21 | I hereby acknowledge receipt of the above-described materials were received from the generator site and were transported to the facility listed below. |
| Phone | (336) 841-5276 | Signature: [signed]  8-10-23 Delivery Date |

## FACILITY INFORMATION

| Facility | TN Solutions, Inc. | I hereby acknowledge receipt of the materials covered by this manifest except for any discrepancy noted below. |
|---|---|---|
| Address | 901 East Springfield Road, High Point, NC 27263 | Signature: Chuck Elmore  8-10-23 Receipt Date |
| Facility or EPA ID No. | NC0991302669 | Discrepancies / Routing Codes / Handling Methods |
| Phone | (336) 841-5276 | a. |
| Contact | Bill Hunter | b. |
| | | c. |

ORIGINAL - Facility Retain    COPY 2 - Return to Generator    COPY 3 - Transporter Retain    COPY 4 - Generator Retain



**Zebra** | ENVIRONMENTAL & INDUSTRIAL SERVICES
A Terra Nova Company

901 East Springfield Road High Point, NC 27263   Phone: 1-336-841-5276   Fax: 1-336-841-5509

# Tank Disposal Manifest

**Tank Owner/Authorized Representative:** Name and Mailing address

(R) 4911 Ringgold Rd
Chattanooga TN

**Tank Owner/Authorized Representative:** Contact: ?
Phone: ?

**Description of Tanks:**

| Tank No. | Capacity | Previous Contents | Comments |
|---|---|---|---|
| 1 | 10K | gasoline | Clean % LEL |
| 2 | 10K | gasolene | Clean % LEL |
| 3 | 10K | gasolene | Clean % LEL |
| 4 | 2K | fuel | Clean % LEL |

**Tank Owner/Authorized Representative Certification:** The undersigned certifies that the above listed storage tanks have been removed from the premises of the tank owner.

(Agent) _Oscar Lopez_   8/10/23
Signature / Printed Name / Month/Day/Year

**Transporter:** The under signed certifies that the above listed storage tanks have been transported to Zebra Environmental & industrial Services Inc, 901 East Springfield Road High Point, NC 27263

_Kelvin Mosley_   8/10/23
Signature / Printed Name / Month/Day/Year

**Disposal Certification:** The undersigned certifies that the above-named storage tank(s) have been accepted by the metal recycling facility.

**Recycling Facility:** Scrap metal

Signature / Printed Name / Month/Day/Year