# EXHIBIT 4

Zebra Environmental
& Industrial Services
PO Box 357
High Point, NC 27261



# Invoice 126009

| Bill to: | Job: 2303068 |
|---|---|
| Circle K Stores Inc<br>1100 Situs Ct<br>Suite 100<br>Raleigh, NC 27606 | CircleK-Chattanooga-Remov<br>Store# 4213775<br>6966 Lee Highway<br>Chattanooga, TN 37421 |

| Invoice #: 126009 | Date: 10/06/23 | Customer P.O. #: |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: Barry Ward |
| Customer Code: CIRCLE K | | Manifest #: |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 1.000 | Project Management | HR | 1,500.000 | 1,500.00 |
| 1.000 | Mobilization/Demobilization | EA | 1,200.000 | 1,200.00 |
| 1.000 | Fire Marshall Inspection & Business License Fees | LS | 650.000 | 650.00 |
| 1.000 | Private Utility Locate | EA | 1,500.000 | 1,500.00 |
| 1.000 | Removal & Disposal of (3) 10,000 gal Gasoline FRP UST's (1) 2,000 gal Diesel FRP UST, (4) Dispensers, Confined Space Tank Cleaning, Flush Product Lines, Remove Vent Lines, Cut/Cap Vent Risers, Saw-Cut and Demo Concrete | LS | 32,000.000 | 32,000.00 |
| 200.000 | Up to 200 LF of Product Line Removal & Disposal (actual billed) | LF | 15.000 | 3,000.00 |
| 358.800 | Backfill Delivery (stone backfill for asphalt base) Placement, Bucket Compaction (estimated, actual quantity billed) | TON | 32.000 | 11,481.60 |
| 1.000 | Vacuum Truck Services (up to (2) 10 hr days, port to port) | LS | 2,800.000 | 2,800.00 |
| 6.000 | Transport & Dispose of Concrete Debris (quad dump truck load, actual quantity billed) | LD | 425.000 | 2,550.00 |

*Continued on next page . . .*

Please remit payment to:
Terra Nova Solutions, Inc.
P.O. Box 357
High Point, NC 27261
Email: ar@tnsolutions.co

Zebra Environmental
& Industrial Services
PO Box 357
High Point, NC 27261



# Invoice 126009

| Bill to: | Job: 2303068 |
|---|---|
| Circle K Stores Inc<br>1100 Situs Ct<br>Suite 100<br>Raleigh, NC 27606 | CircleK-Chattanooga-Remov<br>Store# 4213775<br>6966 Lee Highway<br>Chattanooga, TN 37421 |

| Invoice #: 126009 | Date: 10/06/23 | Customer P.O. #: |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: Barry Ward |
| Customer Code: CIRCLE K | | Manifest #: |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| *Continued from previous page . . .* | | | | |
| 34.000 | Estimated 2,900 SF (~5 CY) of 4" Thick 4K PSI Fiber-Reinforced Concrete, Placed and Broom Finished | CY | 535.000 | 18,190.00 |
| | | | **Total:** | **74,871.60** |
| | | | **Current Due:** | **74,871.60** |

Please remit payment to:
Terra Nova Solutions, Inc.
P.O. Box 357
High Point, NC 27261
Email: ar@tnsolutions.com
Print Date: 10/31/23    Case 1:23-cv-00284-TAV-CHS    Document 40-5    Filed 05/13/25    Page 3 of 3    Page: 2
PageID #: 577