# EXHIBIT 1

<u>**EXHIBIT 1**</u>

<u>**FENNEMORE STATEMENT OF FEES**[1]</u>

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 2/9/2022 | Discuss Asset review; analysis to background documents. | Pearce, John M. | 0.5 | $210.00 |
| 2/14/2022 | Review background materials; go over next steps with client. | Pearce, John M. | 0.6 | $252.00 |
| 2/15/2022 | Call with client re: results of search and recommendation. | Pearce, John M. | 0.2 | $84.00 |
| 2/16/2022 | Review additional materials; work on draft of Letter. | Pearce, John M. | 0.6 | $252.00 |
| 2/22/2022 | Revise demand letter; revise supporting materials. | Pearce, John M. | 0.4 | $168.00 |
| 2/23/2022 | Call with client; follow up discussions re: letter of demand. | Pearce, John M. | 0.4 | $168.00 |
| 3/8/2022 | Review Lease; analysis to casualty aspects; send email to client. | Pearce, John M. | 0.6 | $252.00 |
| 3/9/2022 | Complete review of all background materials; send update to client. | Pearce, John M. | 0.7 | $294.00 |
| 3/14/2022 | Update demand letter. | Pearce, John M. | 0.7 | $294.00 |
| 3/16/2022 | Revise letter; review materials. | Pearce, John M. | 0.4 | $168.00 |
| 3/24/2022 | Finalize and send demand letter; notice to draft re: casualty liability. | Pearce, John M. | 0.2 | $84.00 |
| 5/12/2022 | Review materials; review letter; draft email to client. | Pearce, John M. | 0.3 | $126.00 |

[1] Block billing is sufficient if the description of the work performed is adequate. *See The N.E. Ohio Coalition for the Homeless v. Husted*, 831 F.3d 686, 705 n. 7 (6th Cir. 2016); *see also Smith v. Serv. Master Corp.*, 592 Fed.Appx. 363, 371 (6th Cir. 2014); *Pittsburgh & Conneaut Dock Co. v. Dir., Office of Workers' Comp. Programs*, 473 F.3d 253, 273 (6th Cir. 2007) (Moore, J., concurring in part and dissenting in part) ("[Plaintiff] has cited no authority to support its argument that the use of block billing is contrary to the award of a reasonable attorney fee ... and, in fact, our sister circuits have rejected block-billing objections to fee awards in a number of contexts.").

## EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 5/16/2022 | Review background information; confer with client re: alternatives. | Pearce, John M. | 0.4 | $168.00 |
| 5/24/2022 | Review file materials and go over next steps. | Pearce, John M. | 0.5 | $210.00 |
| 6/14/2022 | Analysis to materials and update client. | Pearce, John M. | 0.3 | $126.00 |
| 6/15/2022 | Review materials re: defaults; update report to client re: damages and liability. | Pearce, John M. | 0.8 | $336.00 |
| 7/7/2022 | Prepare and send Kaish update re: collection amounts. | Pearce, John M. | 0.5 | $210.00 |
| 7/8/2022 | Status updated follow-up and review additional materials. | Pearce, John M. | 0.4 | $168.00 |
| 7/21/2022 | Review materials from client and prepare update; work on refreshed demand. | Pearce, John M. | 1.8 | $756.00 |
| 7/25/2022 | Draft Final Demand. | Pearce, John M. | 0.9 | $378.00 |
| 7/29/2022 | Review additional materials re: background damages. | Pearce, John M. | 0.2 | $84.00 |
| 8/2/2022 | Negotiate with Kaish; go over next steps. | Pearce, John M. | 0.4 | $168.00 |
| 8/15/2022 | Confer with Bhamani dealer; review background materials; confer with client. | Pearce, John M. | 0.6 | $252.00 |
| 8/22/2022 | Review settlement dialog from Dealer; email to client. | Pearce, John M. | 0.4 | $168.00 |
| 8/25/2022 | Conference and work on summary to client on Settlement options. | Pearce, John M. | 0.6 | $252.00 |
| 8/29/2022 | Work on Kaish summary; confer Bhamani; review emails. | Pearce, John M. | 0.5 | $210.00 |

51781710

# EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 9/9/2022 | Analysis to materials and follow-up on Settlement components. | Pearce, John M. | 0.2 | $84.00 |
| 10/4/2022 | Review Topham materials and email Dealer. | Pearce, John M. | 0.3 | $126.00 |
| 10/6/2022 | Analysis to remaining issues and go over next steps. | Pearce, John M. | 0.2 | $84.00 |
| 10/19/2022 | Confer with Dealer, review additional Dealer supplied information; email with recommendations to client. | Pearce, John M. | 0.8 | $336.00 |
| 10/20/2022 | Complete and send update with options. | Pearce, John M. | 0.4 | $168.00 |
| 10/26/2022 | Draft and send further update and recommendations to client. | Pearce, John M. | 0.4 | $168.00 |
| 11/2/2022 | Prepare and send note to client re: options and open issues. | Pearce, John M. | 0.2 | $92.00 |
| 11/30/2022 | Analysis to information provided by client re: open amounts. | Pearce, John M. | 0.2 | $92.00 |
| 1/9/2023 | Review extensive material re: updating demand. | Pearce, John M. | 0.4 | $184.00 |
| 1/12/2023 | Review and analyze all contracts and assignments related to Dealer's locations 3781 as well as pertinent correspondence, notices of default and summaries of amounts owed; evaluate preliminary strategy regarding specific claims to allege and necessary parties to litigation regarding store 3781. | Marconi, Andrea L. | 1.9 | $874 |
| 1/21/2023 | Review and analyze all agreements and pertinent correspondence and other documents with respect to Ringgold and Lee Highway locations, evaluate potential legal claims involving all three of dealer's locations, including assessment of jurisdictional issues, and identify additional factual information and documentation needed to support claims and | Marconi, Andrea L. | 3.8 | $1,748 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
|  | commencing litigation, and prepare summary and analysis memorandum outlining potential claims and related considerations. |  |  |  |
| 1/23/2023 | Review material from U. Tiffany re: A/R. | Pearce, John M. | 0.4 | $184.00 |
| 1/25/2023 | Gather materials and review prior accounting and related emails. | Pearce, John M. | 0.4 | $184.00 |
| 1/27/2023 | Call with Messrs. Coleman and Sweetnam and J. Pearce to discuss background facts of dispute and legal strategy for proceeding with default notice and potential litigation thereafter. | Marconi, Andrea L. | 0.4 | $184.00 |
| 1/27/2023 | Gather background materials for sending to local counsel | Pearce, John M. | 0.4 | $184.00 |
| 2/8/2023 | Review numerous communications with client group and develop strategy for further notice of default and termination needed on sites. | Marconi, Andrea L. | 0.3 | $138.00 |
| 2/8/2023 | Review pertinent agreements, correspondence, and other materials received thus far from client and evaluate and identify list of additional materials needed in order to prepare claims and further develop going forward strategy. | Marconi, Andrea L. | 0.7 | $322.00 |
| 2/9/2023 | Draft summary memorandum for client concerning analysis of contracts for sale and subleases and requirements to issue notice of default and termination and separate summary memorandum regarding rights and obligations concerning removal of tanks and entry of premises. | Marconi, Andrea L. | 0.7 | $322.00 |
| 2/9/2023 | Review and analyze master lease as well as all contracts for sale and subleases and develop related strategy and outline of letter positions on | Marconi, Andrea L. | 1.8 | $828.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| | default and termination in preparation for drafting default notices and proceeding with removal of tanks. | | | |
| 2/9/2023 | Work on gathering material for demand letter. | Pearce, John M. | 0.6 | $276.00 |
| 2/13/2023 | Review and analyze additional subleases, personal guarantees and accompanying documents received for sites #3773 and #3775 and further review master lease in preparation for drafting notice of default and then termination letter and discussing removal of tanks. | Marconi, Andrea L. | 0.6 | $276.00 |
| 2/13/2023 | Draft detailed notice of default and then termination letter for all three facilities and discussion of removing tanks. | Marconi, Andrea L. | 2.8 | $1,288.00 |
| 2/14/2023 | Review prior notices of default and send correspondence to client with same per request. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/14/2023 | Revise and supplement draft of detailed notice of default and then termination letter for all three facilities and discussion of removing tanks . | Marconi, Andrea L. | 0.8 | $368.00 |
| 2/20/2023 | Review and update comprehensive letter of demand. | Pearce, John M. | 1.3 | $598.00 |
| 2/21/2023 | Review revised damages information for each site provided by client; work on further strategy concerning tank removal and notice of default letter. | Marconi, Andrea L. | 0.7 | $322.00 |
| 2/21/2023 | Complete review to Letter; gather exhibit materials. | Pearce, John M. | 0.6 | $276.00 |

51781710

## EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 2/22/2023 | Further review and analyze sublease, master lease and other pertinent documents concerning removal of tanks and review and revise and supplement notice of default and termination letter accordingly. | Marconi, Andrea L. | 1.6 | $736.00 |
| 2/23/2023 | Review and revisions to letter; call re: next steps. | Pearce, John M. | 0.4 | $184.00 |
| 2/24/2023 | Review additional information about Lee Highway location and when fuel drops ceased for use in updating notice of default letter. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/24/2023 | Review sublease provisions concerning timing of rights to enter premises, take possession and remove equipment after termination of sublease and draft summary of rights and obligations for client concerning same. | Marconi, Andrea L. | 0.4 | $184.00 |
| 3/2/2023 | Gather and package materials regarding demand. | Pearce, John M. | 0.4 | $184.00 |
| 3/3/2023 | Review and analyze recent communications with client group regarding taking possession of premises and tank removal and evaluate legal issues with respect same. | Marconi, Andrea L. | 0.1 | $46.00 |
| 3/3/2023 | Analysis regarding default and follow-up email and correspondence. | Pearce, John M. | 0.6 | $276.00 |
| 3/6/2023 | Review response from dealer to notice of default and termination notice and evaluate strategy for next steps in light of response received. | Marconi, Andrea L. | 0.4 | $184.00 |
| 3/6/2023 | Review and respond to information re: site status; review lengthy letter from Dealer and forward to client. | Pearce, John M. | 0.9 | $414.00 |
| 3/7/2023 | Follow up review; draft response to Dealer. | Pearce, John M. | 0.9 | $414.00 |

## EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 3/10/2023 | Call re: status and next steps. | Pearce, John M. | 0.4 | $184.00 |
| 3/15/2023 | Review additional client correspondence regarding equipment removal and status of dealer environmental violations and penalties. | Marconi, Andrea L. | 0.2 | $92.00 |
| 3/15/2023 | Confer with J. Pearce and Mr. Sweetnam, Tennessee counsel, regarding strategy for proceeding with tank removal and recovery against dealer for extraction expenses as well as any pending environmental orders and penalties as well as strategy for prosecuting action against dealer for damages and potential claims. | Marconi, Andrea L. | 0.5 | $230.00 |
| 3/15/2023 | Review materials and draft and provide client update. | Pearce, John M. | 0.6 | $276.00 |
| 3/22/2023 | Analysis about Tanks and potential regulator obligations. | Pearce, John M. | 0.6 | $276.00 |
| 4/3/2023 | Review information on site 4213781 Tanks; go over next steps. | Pearce, John M. | 0.4 | $184.00 |
| 4/5/2023 | Analysis to additional documents and facts. | Pearce, John M. | 0.6 | $276.00 |
| 4/6/2023 | Complete review of tank related issues; call re: same. | Pearce, John M. | 0.7 | $322.00 |
| 4/13/2023 | Share and discuss materials; draft letter of demand. | Pearce, John M. | 1.3 | $598.00 |
| 6/7/2023 | Analysis to and update materials regarding matter, go over next steps associated with same. | Pearce, John M. | 0.5 | $230.00 |
| 6/13/2023 | Kaish sites update - go over next steps. | Pearce, John M. | 0.5 | $230.00 |
| 7/12/2023 | Review emails and forward update. | Pearce, John M. | 0.3 | $138.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 7/20/2023 | Review materials and send Kaish update to client. | Pearce, John M. | 0.3 | $138.00 |
| 7/21/2023 | Update and emails re: status. | Pearce, John M. | 0.4 | $184.00 |
| 7/25/2023 | Review additional information and forward to client. | Pearce, John M. | 0.5 | $230.00 |
| 8/24/2023 | Review historic materials and participate in follow-up call with client regarding matter. | Pearce, John M. | 0.5 | $230.00 |
| 10/9/2023 | Review notice of default and termination for case background information and develop litigation plan moving forward. | Maasch, Lyndsey | 0.8 | $288.00 |
| 10/9/2023 | Review and analyze prior default and other pertinent correspondence and summary of breaches and agreements and evaluate next steps and strategy as well as additional information needed to prepare complaint for breaches of contract. | Marconi, Andrea L. | 1.3 | $598.00 |
| 10/17/2023 | Kaish - email to client; outline next steps. | Pearce, John M. | 0.5 | $230.00 |
| 10/25/2023 | Review subleases and dealer agreements; call with A. Marconi to discuss drafting complaint and research needed for same; research liquidated damages provisions being plead in the alternative and diversity of citizenship requirements for federal jurisdiction. | Maasch, Lyndsey | 4.5 | $1,620.00 |
| 10/25/2023 | Review and analyze pertinent agreements, prior correspondence and notices of default, and other relevant case file documents to prepare outline of claims for complaint, evaluate which agreements that need to be specifically addressed in complaint, evaluate proper parties as well as jurisdiction and venue issues, and assess additional information, | Marconi, Andrea L. | 3.1 | $1,426.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| | including regarding updated damages, additional background on breaches, and security available that is needed from client. | | | |
| 10/26/2023 | Continue review subleases, dealer agreements, master lease, assignments, and personal guaranties; begin draft of complaint. | Maasch, Lyndsey | 4.8 | $1,728.00 |
| 10/27/2023 | Work on draft of complaint. | Maasch, Lyndsey | 2.7 | $972.00 |
| 10/27/2023 | Review and evaluate additional facts and information, including documentation to support damages, needed for drafting complaint to obtain from client. | Marconi, Andrea L. | 0.2 | $92.00 |
| 10/29/2023 | Work on draft of complaint. | Maasch, Lyndsey | 2.5 | $900.00 |
| 10/30/2023 | Review applicable statutes and case law and evaluate sufficiency of diversity of citizenship and ability to satisfy other requirements for jurisdiction in federal court for filing of complaint. | Marconi, Andrea L. | 0.4 | $184.00 |
| 10/30/2023 | Revise and supplement draft complaint, including review of pertinent agreements, correspondence, and other case file documents as needed for same. | Marconi, Andrea L. | 4.1 | $1,886.00 |
| 10/31/2023 | Review A. Marconi revisions and comments to draft complaint and work on revisions to same. | Maasch, Lyndsey | 1.9 | $684.00 |
| 11/1/2023 | Revise draft of complaint. | Maasch, Lyndsey | 1.4 | $504.00 |
| 11/1/2023 | Further work on and refine draft complaint. | Marconi, Andrea L. | 1.2 | $552.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 11/2/2023 | Prepare summary of additional factual information and documents, including to support damages, that are needed from client to finalize complaint; further work on revising and refining draft complaint and send to Mr. Sweetnam, Tennessee counsel, for review and comment to comport with local laws, rules and procedures. | Marconi, Andrea L. | 1.2 | $552.00 |
| 11/3/2023 | Research regarding enforceability contractual attorneys' fees provisions in Tennessee and potential statutes regarding same. | Maasch, Lyndsey | 0.4 | $144.00 |
| 11/3/2023 | Call with local counsel, Mr. Sweetnam, and J. Pearce to discuss draft complaint, including local Tennessee law and procedure issues as well as court jurisdictional requirements. | Marconi, Andrea L. | 0.2 | $92.00 |
| 11/3/2023 | Review research on ability to recover attorneys' fees in case under applicable Tennessee law. | Marconi, Andrea L. | 0.3 | $138.00 |
| 11/3/2023 | Further review local rules and requirements for pro hac vice admission and work on preparing motion for pro hac vice admission to be filed with complaint. | Marconi, Andrea L. | 0.5 | $230.00 |
| 11/8/2023 | Work on obtaining additional factual information, including with respect to damages, needed to finalize complaint. | Marconi, Andrea L. | 0.2 | $92.00 |
| 11/8/2023 | Review materials regarding Kaish and forward same. | Pearce, John M. | 0.3 | $138.00 |
| 11/9/2023 | Review additional fact information provided by client for use in complaint and supplement draft complaint to include same and modify damages requested per client request. | Marconi, Andrea L. | 0.9 | $414.00 |

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 11/17/2023 | Go over next steps; emails to client. | Pearce, John M. | 0.3 | $138.00 |
| 11/21/2023 | Review and analyze updated rent and other account balance information provided by client and revise complaint to incorporate same as well as review unredacted sublease documents provided by client and revise complaint to incorporate rent amounts for locations. | Marconi, Andrea L. | 0.4 | $184.00 |
| 11/21/2023 | Review Complaint and revise. | Pearce, John M. | 0.4 | $184.00 |
| 11/28/2023 | Email correspondence regarding current addresses for Kaish and Bhamani; compile and organize exhibits to complaint for filing; review and confirm accuracy of exhibit citations within complaint. | Maasch, Lyndsey | 1.8 | $648.00 |
| 11/28/2023 | Correspond with local counsel concerning draft complaint including making sure that complaint comports with local court rules and procedures. | Marconi, Andrea L. | 0.2 | $92.00 |
| 11/28/2023 | Review information provided by client concerning costs for tank extraction and related work at all three sites for inclusion in complaint. | Marconi, Andrea L. | 0.3 | $138.00 |
| 11/28/2023 | Revise and supplement draft complaint to include additional factual information and damages information provided by client and globally review and refine draft prior to sending local counsel for final review to comport with local requirements and procedures. | Marconi, Andrea L. | 1.1 | $506.00 |
| 11/29/2023 | Determine statutory agent address for Kaish LLC for purposes of service; communicate with team regarding compilation and organization of exhibits to attach to complaint. | Maasch, Lyndsey | 0.2 | $72.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 11/29/2023 | (Paralegal) Download exhibits to complaint from Box and organize for case management purposes. | Mendoza, Yvonne | 0.3 | $72.00 |
| 11/29/2023 | Review and exchange correspondence with Mr. Sweetnam concerning preparation of complaint for filing and pro hac vice motion issues. | Marconi, Andrea L. | 0.2 | $92.00 |
| 11/29/2023 | Further work on and refine draft complaint and ancillary documents to file with same including to finalize exhibits and references to same and review and finalize exhibits to complaint. | Marconi, Andrea L. | 0.6 | $276.00 |
| 11/30/2023 | Follow up correspondence with Mr. Sweetnam concerning complaint filing and pro hac vice motion issues. | Marconi, Andrea L. | 0.1 | $46.00 |
| 12/1/2023 | Correspond with Mr. Coleman concerning finalizing complaint and requirements for filing pro hac vice motion. | Marconi, Andrea L. | 0.3 | $138.00 |
| 12/5/2023 | Brief review of final complaint as filed. | Marconi, Andrea L. | 0.2 | $92.00 |
| 12/6/2023 | Brief research regarding Mac's parent corporation; email correspondence with local counsel regarding same and regarding waiver of jury trial; review subleases regarding waiver of jury trial. | Maasch, Lyndsey | 1.5 | $540.00 |
| 12/6/2023 | Work on pro hac vice and court required registration for case; work on corporate disclosure statement and obtaining information required for same. | Marconi, Andrea L. | 0.4 | $184.00 |
| 12/13/2023 | Correspond with local counsel regarding status of service on defendants. | Marconi, Andrea L. | 0.1 | $46.00 |
| 12/15/2023 | Review summonses filed regarding defendants. | Marconi, Andrea L. | 0.1 | $46.00 |

51781710

# EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 12/18/2023 | Review summonses issued by court to defendants. | Marconi, Andrea L. | 0.1 | $46.00 |
| 12/20/2023 | Correspond with Mr. Sweetnam regarding status of service on Defendants. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/5/2024 | Correspond with Mr. Sweetnam to follow up on service efforts. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/10/2024 | Research into Mr. Bhamani's social media, LinkedIn, and other resources online in attempt to locate current photo for process server's use. | Maasch, Lyndsey | 0.5 | $180.00 |
| 1/10/2024 | Correspond with Mr. Sweetnam regarding status of service efforts and potential avoidance of service by defendants, including strategy for remedying same. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/17/2024 | Work on obtaining additional information about defendants for use in service in light of difficulties serving defendants, including review background reports on Kaish and Mr. Bhamani, and correspond with local counsel regarding same. | Marconi, Andrea L. | 0.4 | $184.00 |
| 1/22/2024 | Correspond with Mr. Sweetnam about status of service attempts and what appears to be defendant's avoiding service and evaluate strategy for next steps, including surveillance. | Marconi, Andrea L. | 0.2 | $92.00 |
| 1/23/2024 | Review additional information about defendants provided by client for use in service and correspond with Mr. Sweetnam regarding same. | Marconi, Andrea L. | 0.5 | $230.00 |

51781710

EXHIBIT 1

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 1/30/2024 | Review stakeout information provided regarding defendant for purpose of effecting service. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/7/2024 | Work further on service of defendants and provide additional information for use in stakeout as well as assess potential available methods for alternative service and arguments to the court if needed for same. | Marconi, Andrea L. | 0.2 | $92.00 |
| 2/9/2024 | Correspond with Mr. Sweetnam regarding service update on defendants. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/12/2024 | Review videos provided by process server of service attempts and review local court rules regarding propriety of motion for alternative service in light of apparent attempts to evade service. | Marconi, Andrea L. | 0.4 | $184.00 |
| 2/14/2024 | Review applicable federal and Tennessee rules concerning service by certified mail and evaluate propriety of same and strategy for best ensuring proper service is documented in the event default judgment is pursued, including if defendant refuses the certified mailing, and review and exchange correspondence with local counsel regarding same to implement service by certified mail. | Marconi, Andrea L. | 1.0 | $460.00 |
| 2/15/2024 | Correspondence with Mr. Coleman regarding effecting service by certified mail. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/16/2024 | Correspondence with Mr. Coleman regarding new summons needed for entity defendant and additional service address needed. | Marconi, Andrea L. | 0.1 | $46.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 2/19/2024 | Prepare service packets to serve both defendants by certified mail and review applicable service rules as part of same. | Marconi, Andrea L. | 0.4 | $184.00 |
| 2/20/2024 | Review summons issued for Kaish at registered business address and review and approve service packet to serve defendant by certified mail. | Marconi, Andrea L. | 0.2 | $92.00 |
| 2/21/2024 | Correspond with local counsel regarding service on defendants. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/26/2024 | Review status of service on defendants by certified mail; review applicable federal rules and prepare for filing motion to extend time for service in light of defendants' avoidance of service, including review and synthesize all emails and other documents and communications about service attempts to date for use in motion and process server affidavit, outline arguments for motion and correspond with local counsel regarding need for additional details about service attempts for motion and related motion issues. | Marconi, Andrea L. | 0.7 | $322.00 |
| 2/27/2024 | Review affidavit received from process server regarding server attempts (.1); review motion for extension of time to answer filed by Mr. Bhamani on behalf of Kaish and evaluate status of service to him personally and whether or not motion for extension of time needs to be filed for service of him personally in advance of next week's deadline (.4); draft detailed correspondence to Mr. Bhamani requesting confirmation of service and regarding request for extension of time to respond to complaint (.2). | Marconi, Andrea L. | 0.7 | $322.00 |
| 2/28/2024 | Work on response to defendants' request for extension of time to answer; review and exchange numerous correspondence with local | Marconi, Andrea L. | 0.9 | $414.00 |

51781710

# EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
|  | counsel Mr. Coleman to file affidavits of service with court and regarding acknowledgment of service from defendant and agreement to certain extension; review court's order on request for extension of time to answer by defendants. |  |  |  |
| 2/29/2024 | Draft acknowledgment of service via certified mail for Kaish and Mr. Bhamani. | Maasch, Lyndsey | 0.8 | $288.00 |
| 2/29/2024 | Correspond further with local counsel regarding acknowledgment of service by defendants; review and revise acknowledgment and send to defendant along with notice from court of extension of time to answer. | Marconi, Andrea L. | 0.3 | $138.00 |
| 4/4/2024 | Update status; go over next steps re: counterclaim. | Pearce, John M. | 0.4 | $184.00 |
| 4/8/2024 | Review and analyze answer and counterclaim; draft brief analysis of potential argument for motion to dismiss versus answer to counterclaim. | Maasch, Lyndsey | 0.8 | $288.00 |
| 4/8/2024 | Briefly research background of defendants' new counsel. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/8/2024 | Review and analyze answer and counterclaims and corporate disclosure filed by defendants and evaluate preliminary strategy for response to same, including assess potential motion to dismiss arguments and draft detailed correspondence to legal team regarding recommended approach and next steps. | Marconi, Andrea L. | 1.8 | $828.00 |
| 4/12/2024 | Begin draft of motion to dismiss or for more definite statement regarding defendants' counterclaim. | Maasch, Lyndsey | 2.6 | $936.00 |

51781710

# EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 4/13/2024 | Work further on arguments for motion for more definite statement on counterclaim. | Marconi, Andrea L. | 0.7 | $322.00 |
| 4/15/2024 | Work on draft of motion for more definite statement and alternative motion to dismiss defendants' counterclaim. | Maasch, Lyndsey | 4.1 | $1,476.00 |
| 4/16/2024 | Work on motion for more definite statement or, in alternative, to dismiss defendants' counterclaim. | Maasch, Lyndsey | 3.7 | $1,332.00 |
| 4/18/2024 | Correspond with local counsel regarding trial date, new judge assignment and scheduling order entered by court. | Marconi, Andrea L. | 0.1 | $46.00 |
| 4/18/2024 | Review and analyze scheduling order entered by court. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/19/2024 | Review and revise draft of motion for more definite statement or to dismiss counterclaim. | Marconi, Andrea L. | 0.9 | $414.00 |
| 4/20/2024 | Revise draft of motion for more definite statement or to dismiss counterclaim. | Maasch, Lyndsey | 0.7 | $252.00 |
| 4/22/2024 | Revise draft of motion for more definite statement or to dismiss counterclaim, researching and adding in additional supporting case law citations. | Maasch, Lyndsey | 2.1 | $756.00 |
| 4/22/2024 | Final work on revisions to draft of motion for more definite statement or to dismiss counterclaim and review pertinent case law cited therein. | Marconi, Andrea L. | 1.9 | $874.00 |
| 4/23/2024 | Draft detailed email correspondence to opposing counsel summarizing deficiencies with counterclaim prior to filing motion for more definite | Maasch, Lyndsey | 0.6 | $216.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
|  | statement and to dismiss, and requesting meet and confer regarding same. |  |  |  |
| 4/23/2024 | (Paralegal) Prepare outline of pretrial deadlines identified in scheduling order. | Mendoza, Yvonne | 2.4 | $576.00 |
| 4/23/2024 | Correspondence with local counsel regarding process for meet and confer requirement prior to filing motion to dismiss. | Marconi, Andrea L. | 0.1 | $46.00 |
| 4/23/2024 | Review comments to draft motion from local counsel and revise to incorporate same where appropriate. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/23/2024 | Revise summary of motion to dismiss and for more definite statement arguments and draft correspondence to Kaish's counsel to include same and meet and confer on motion in advance of filing per court requirement. | Marconi, Andrea L. | 0.6 | $276.00 |
| 4/24/2024 | Correspond with defense counsel regarding stipulation to extend deadline to file amended counterclaim as part of meet and confer on motion to dismiss. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/24/2024 | Review and revise draft of stipulation for extension of time for plaintiff to respond to counterclaim and for defendant to file amended counterclaim. | Marconi, Andrea L. | 0.4 | $184.00 |
| 4/25/2024 | (Paralegal) Continue preparing outline of pretrial deadlines identified in scheduling order. | Mendoza, Yvonne | 1.3 | $312.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 4/26/2024 | Review court deadlines upon issuance of scheduling order and under rules to plan next steps in case. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/26/2024 | (Paralegal) Continue preparing and finalizing outline of pretrial deadlines identified in scheduling order. | Mendoza, Yvonne | 1.7 | $408.00 |
| 4/29/2024 | Review final summary of court deadlines upon scheduling order and under rules and review rules regarding holding of discovery conference as required by the court this week. | Marconi, Andrea L. | 0.3 | $138.00 |
| 4/29/2024 | Correspondence with defense counsel regarding required Rule 26(f) discovery planning conference. | Marconi, Andrea L. | 0.7 | $322.00 |
| 4/30/2024 | Further confer with defense counsel regarding upcoming Rule 26(f) discovery planning conference. | Marconi, Andrea L. | 0.1 | $46.00 |
| 4/30/2024 | Analysis to Kaish status and forward recommendations. | Pearce, John M. | 0.5 | $230.00 |
| 5/2/2024 | Attend teleconference meeting with opposing counsel to discuss Rule 26(f) discovery plan; briefly review requirements for same in rules in preparation for drafting corresponding report and initial disclosure statement. | Maasch, Lyndsey | 0.8 | $288.00 |
| 5/2/2024 | Prepare for and conduct Rule 26(f) discovery planning conference with defense counsel and work on initial disclosure strategy and outline for Rule 26(f) report after conference. | Marconi, Andrea L. | 1.1 | $506.00 |
| 5/3/2024 | Draft Rule 26(f) case management report. | Maasch, Lyndsey | 1.5 | $540.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 5/3/2024 | Confer with Mr. Coleman regarding outcome of Rule 26(f) discovery planning conference with defense counsel and next steps, including preparation of joint report and initial disclosure statement. | Marconi, Andrea L. | 0.1 | $46.00 |
| 5/4/2024 | Work further on draft of joint Rule 26(f) case management report. | Maasch, Lyndsey | 1.5 | $540.00 |
| 5/6/2024 | Revise draft of joint Rule 26(f) report; draft proposed Rule 502 order and corresponding joint motion for entry of same. | Maasch, Lyndsey | 1.3 | $468.00 |
| 5/6/2024 | Correspond with Kaish's counsel regarding review of draft Rule 26(f) joint report and joint motion and proposed Rule 502 order. | Marconi, Andrea L. | 0.1 | $46.00 |
| 5/6/2024 | Review and revise draft Rule 26(f) joint report prior to sending defense counsel for comment and review and revise joint motion and proposed Rule 502 order for filing with court. | Marconi, Andrea L. | 1.1 | $506.00 |
| 5/7/2024 | Evaluate litigation hold issues and work on preliminary discovery and disclosure strategy; work on preliminary witness identification for client for use in disclosures and investigation of counterclaim allegations for defense of same. | Marconi, Andrea L. | 0.7 | $322.00 |
| 5/7/2024 | Review and analyze amended counterclaim filed by defendants and evaluate timing and preliminary strategy for reply. | Marconi, Andrea L. | 0.8 | $368.00 |
| 5/7/2024 | Review and edit documents and go over next steps. | Pearce, John M. | 0.3 | $138.00 |
| 5/8/2024 | Meet with A. Marconi to discuss amended counterclaim and strategize regarding potential motion to dismiss same; review and analyze | Maasch, Lyndsey | 1.0 | $360.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| | counterclaim and strength of potential arguments for motion to dismiss same; draft Rule 26(a)(1) initial disclosure. | | | |
| 5/8/2024 | Make final edits to joint report and discovery plan and Rule 502 motion and order for filing with court and correspond with local counsel regarding filing of same. | Marconi, Andrea L. | 0.2 | $92.00 |
| 5/8/2024 | Review comments and additions from defense counsel to joint report and discovery plan and Rule 502 motion and order and correspond with counsel regarding same. | Marconi, Andrea L. | 0.3 | $138.00 |
| 5/8/2024 | Further develop strategy for response to amended counterclaim, including analysis of arguments to defeat fraudulent inducement claim, and begin to work on discovery planning and identification of witnesses and persons with relevant knowledge. | Marconi, Andrea L. | 0.9 | $414.00 |
| 5/8/2024 | Review and edit materials and forward same. | Pearce, John M. | 0.6 | $276.00 |
| 5/9/2024 | Compare alleged misrepresentations discussed in Defendants' counterclaim against provisions regarding same in the parties' agreements; research Tennessee law regarding parol evidence rule with respect to fraud claims; review agreements for terms regarding integration, signage, landlord certification, and credit card receipts to aid analysis in responding to counterclaim. | Maasch, Lyndsey | 3.7 | $1,332.00 |
| 5/9/2024 | Confer with Mr. Coleman regarding consent to Magistrate Judge and related issues and strategy. | Marconi, Andrea L. | 0.2 | $92.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 5/9/2024 | Review and revise draft of initial disclosure statement. | Marconi, Andrea L. | 0.9 | $414.00 |
| 5/10/2024 | Further research into Tennessee law regarding parol evidence rule with respect to fraud claims; prepare analysis of same and of potential arguments for motion to dismiss or future motion for summary judgment with respect to counterclaim. | Maasch, Lyndsey | 2.2 | $792.00 |
| 5/13/2024 | Review defendants' initial disclosure statement; review additional notes regarding defendants' counterclaims and assess potential affirmative defenses to raise in response to same. | Maasch, Lyndsey | 0.7 | $252.00 |
| 5/13/2024 | Evaluate potential client witnesses and persons with relevant knowledge for use in disclosures and discovery in case. | Marconi, Andrea L. | 0.2 | $92.00 |
| 5/13/2024 | Review and analyze defendants' initial disclosure statement. | Marconi, Andrea L. | 0.2 | $92.00 |
| 5/13/2024 | Review and make final edits to initial disclosure statement for service today. | Marconi, Andrea L. | 0.5 | $230.00 |
| 5/13/2024 | Review summary and analysis of agreement provisions related to counterclaim allegations and pertinent legal principles, including regarding parol evidence and evaluate arguments, affirmative defenses, and strategy for counterclaim reply, particularly to address fraud claim and develop potential affirmative defenses against individuals in the event they made misrepresentations they were not authorized to make. | Marconi, Andrea L. | 1.0 | $460.00 |
| 5/13/2024 | Analysis to Disclosures and update same, confer with client and send client email re: witnesses. | Pearce, John M. | 0.7 | $322.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 5/14/2024 | Draft reply to defendants' amended counterclaim. | Maasch, Lyndsey | 2.8 | $1,008.00 |
| 5/16/2024 | Review correspondence and additional factual background documents received regarding claims and counterclaims. | Marconi, Andrea L. | 0.2 | $92.00 |
| 5/16/2024 | Review and revise draft of reply to counterclaim. | Marconi, Andrea L. | 1.1 | $506.00 |
| 5/17/2024 | Further revise draft of reply to amended counterclaim. | Maasch, Lyndsey | 0.9 | $324.00 |
| 5/17/2024 | Correspond with defense counsel and separately with Mr. Coleman regarding magistrate consent and documentation regarding same to file with court and review and finalize filing. | Marconi, Andrea L. | 0.2 | $92.00 |
| 5/17/2024 | Further work on strategy for reply to counterclaim regarding fraudulent inducement claim and strategy for addressing factual allegations related to same. | Marconi, Andrea L. | 0.3 | $138.00 |
| 5/17/2024 | Review materials and go over next steps. | Pearce, John M. | 0.5 | $230.00 |
| 5/20/2024 | Work on updating matter, correspondence re: same. | Pearce, John M. | 0.5 | $230.00 |
| 5/21/2024 | Review and make final edits to draft reply to counterclaim regarding fraudulent inducement claim for addressing factual allegations related to same. | Marconi, Andrea L. | 0.6 | $276.00 |
| 6/12/2024 | Correspondence with opposing counsel regarding request for early mediation or settlement conference. | Marconi, Andrea L. | 0.1 | $46.00 |

51781710

EXHIBIT 1

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 6/12/2024 | Work on preliminary discovery strategy for requests to Kaish and potential request for early mediation. | Marconi, Andrea L. | 0.2 | $92.00 |
| 6/12/2024 | Go over updates and alternatives, advise client. | Pearce, John M. | 0.3 | $138.00 |
| 6/29/2024 | Work on strategy for initial set of written discovery requests to defendants and counterclaim. | Marconi, Andrea L. | 0.2 | $92.00 |
| 7/2/2024 | Work on outline of topics for discovery, including potential requests for production, requests for admission, and interrogatories. | Maasch, Lyndsey | 1.0 | $360.00 |
| 7/2/2024 | Follow up correspondence with opposing counsel regarding potential early mediation or settlement conference. | Marconi, Andrea L. | 0.1 | $46.00 |
| 7/3/2024 | Review, revise and supplement detailed draft of outline of initial written discovery topics in case on complaint and counterclaims. | Marconi, Andrea L. | 1.6 | $736.00 |
| 7/5/2024 | Work further on list of potential discovery categories and review input from A. Marconi regarding same. | Maasch, Lyndsey | 0.3 | $108.00 |
| 7/8/2024 | Draft requests for production and interrogatories to defendants. | Maasch, Lyndsey | 4.0 | $1,440.00 |
| 7/9/2024 | Work on draft requests for production and interrogatories to defendants. | Maasch, Lyndsey | 1.8 | $648.00 |
| 7/9/2024 | Further develop additional written discovery topics for Kaish and review, revise, and supplement drafts of requests for production of documents and first set of interrogatories to Kaish. | Marconi, Andrea L. | 3.0 | $1,380.00 |

# EXHIBIT 1

## FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 7/10/2024 | Correspond with local counsel regarding review of drafts of requests for production of documents and first set of interrogatories to Kaish and Mr. Bhamani for local rule and procedure requirements. | Marconi, Andrea L. | 0.1 | $46.00 |
| 7/10/2024 | Further work on revisions to drafts of requests for production of documents and first set of interrogatories to Kaish and Mr. Bhamani. | Marconi, Andrea L. | 0.4 | $184.00 |
| 7/15/2024 | Follow up correspondence with local counsel regarding review of drafts of requests for production of documents and first set of interrogatories to Kaish and Mr. Bhamani for local rule and procedure requirements. | Marconi, Andrea L. | 0.1 | $46.00 |
| 7/16/2024 | Finalize requests for production and interrogatories and work with L. Marble to send same to defendants. | Maasch, Lyndsey | 0.4 | $144.00 |
| 7/16/2024 | Review and make final edits to requests for production of documents and first set of interrogatories to serve on defendants today. | Marconi, Andrea L. | 0.2 | $92.00 |
| 7/23/2024 | Review local rules to assess any potential requirements regarding service of discovery requests and notice of same. | Maasch, Lyndsey | 0.2 | $72.00 |
| 8/14/2024 | Confirm deadline for defendants' discovery responses and no receipt of same. | Maasch, Lyndsey | 0.1 | $36.00 |
| 8/15/2024 | Correspond with Ms. Ballard regarding her request for extension of time to respond to discovery requests. | Marconi, Andrea L. | 0.2 | $92.00 |
| 8/30/2024 | Briefly review defendants' responses to requests for production and non-uniform interrogatories. | Maasch, Lyndsey | 0.3 | $108.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 9/18/2024 | Conduct detailed review and analysis of Defendants' responses for first set of interrogatories and requests for production, including detailed review of documents produced with same; create outline of summary of same and note any deficiencies in responses that will warrant follow up. | Maasch, Lyndsey | 2.9 | $1,044.00 |
| 9/18/2024 | (Paralegal) Review defendant's document production in response to discovery requests to verify they were not bates labeled for L. Maasch. | Mendoza, Yvonne | 0.2 | $48.00 |
| 9/20/2024 | Evaluate Kaish status on collection and next steps. | Pearce, John M. | 0.5 | $230.00 |
| 9/23/2024 | Consider deficiencies in Defendants' written discovery responses and strategize regarding how best to address such deficiencies and next steps. | Maasch, Lyndsey | 0.5 | $180.00 |
| 9/23/2024 | Review and analyze summary of documents produced by Kaish and outline of deficiencies with Kaish's initial discovery responses and prepare strategy for addressing same with defendant and court if needed. | Marconi, Andrea L. | 1.1 | $506.00 |
| 9/24/2024 | (Paralegal) Prepare and organize defendants' discovery responses documents in searchable format and combine emails and text messages for L. Maasch's review. | Mendoza, Yvonne | 1.8 | $432.00 |
| 9/26/2024 | Begin drafting letter to opposing counsel detailing deficiencies in defendants' written discovery responses. | Maasch, Lyndsey | 1.8 | $648.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 9/27/2024 | Work further on draft of letter to opposing counsel detailing discovery deficiencies, outlining specific responses to requests for production that were deficient and requesting appropriate supplementation. | Maasch, Lyndsey | 2.7 | $972.00 |
| 9/30/2024 | Work on addressing Defendants' discovery deficiencies and future discovery and depositions and needed. | Maasch, Lyndsey | 0.3 | $108.00 |
| 9/30/2024 | Go over discovery responses; email to client options. | Pearce, John M. | 0.3 | $138.00 |
| 10/1/2024 | Work further on draft of discovery deficiency letter to opposing counsel, detailing deficiencies and requesting supplementation of defendants' responses to requests for production and interrogatories. | Maasch, Lyndsey | 1.5 | $540.00 |
| 10/7/2024 | Review and analyze written communications produced by Defendants to assess level of involvement of identified Mac's representatives and determine potential witnesses to interview. | Maasch, Lyndsey | 1.5 | $540.00 |
| 10/7/2024 | Prepare for fact witness interviews of relevant Mac's employees. | Marconi, Andrea L. | 0.3 | $138.00 |
| 10/7/2024 | Check status and go over options internally, make recommendations. | Pearce, John M. | 0.3 | $138.00 |
| 10/8/2024 | Review and analyze summaries of expected testimony for potential current and former Mac's employees and relevant documents identified for each to prepare for witness interviews. | Marconi, Andrea L. | 0.5 | $230.00 |
| 10/8/2024 | Review and revise draft lengthy correspondence to defendants regarding deficiencies in initial written discovery responses and document production and demand to supplement same. | Marconi, Andrea L. | 1.3 | $598.00 |

51781710

EXHIBIT 1

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 10/10/2024 | Create witness interview outline for D. Rikitu. | Maasch, Lyndsey | 1.4 | $504.00 |
| 10/10/2024 | Create detailed timeline of key events and communications for quick reference during witness interview and use throughout case. | Maasch, Lyndsey | 2.0 | $720.00 |
| 10/11/2024 | Work further on witness interview outline for D. Rikitu. | Maasch, Lyndsey | 0.8 | $288.00 |
| 10/11/2024 | Prepare witness interview outline for J. Kreisel. | Maasch, Lyndsey | 1.2 | $432.00 |
| 10/14/2024 | Prepare witness interview outline for G. Dawson. | Maasch, Lyndsey | 0.8 | $288.00 |
| 10/14/2024 | Work further on witness interview outline for D. Soll. | Maasch, Lyndsey | 1.9 | $684.00 |
| 10/17/2024 | Correspond with Kaish's counsel regarding agreement to mediate and next steps. | Marconi, Andrea L. | 0.1 | $46.00 |
| 10/17/2024 | Review backgrounds of mediators proposed by Kaish as well as additional mediators proposed by local counsel and confer with local counsel regarding all proposed mediators. | Marconi, Andrea L. | 0.4 | $184.00 |
| 10/21/2024 | Evaluate additional potential mediators. | Marconi, Andrea L. | 0.4 | $184.00 |
| 10/22/2024 | Prepare witness interview outline for M. Angeles; prepare witness interview outline for M. Kimbrell. | Maasch, Lyndsey | 2.2 | $792.00 |
| 10/23/2024 | Work further on witness interview outline for M. Kimbrell; prepare witness interview outline for T. Maloney. | Maasch, Lyndsey | 2.8 | $1,008.00 |
| 10/23/2024 | Work on preparing for mediation in case; correspond with plaintiff's counsel regarding mediation issues. | Marconi, Andrea L. | 0.3 | $138.00 |

51781710

**EXHIBIT 1**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 10/25/2024 | Work further on preparing for mediation in case and correspond with plaintiff's counsel regarding same. | Marconi, Andrea L. | 0.1 | $46.00 |
| 10/28/2024 | Continued work on mediation preparation and correspond with mediator's office and plaintiff's counsel to secure mediation. | Marconi, Andrea L. | 0.4 | $184.00 |
| 10/29/2024 | Further correspondence with mediator's office concerning upcoming mediation. | Marconi, Andrea L. | 0.2 | $92.00 |
| 11/4/2024 | Review mediation agreement and correspondence regarding position statement requirements and correspond with mediator regarding various issues for upcoming mediation. | Marconi, Andrea L. | 0.4 | $184.00 |
| 11/12/2024 | Review witness background and current employment status in preparation for witness interviews. | Maasch, Lyndsey | 0.3 | $108.00 |
| 11/12/2024 | Work on preparing for upcoming witness interviews and work on preparation for mediation. | Marconi, Andrea L. | 0.4 | $184.00 |
| 11/18/2024 | Strategize regarding mediation memorandum and outline arguments for same. | Maasch, Lyndsey | 0.4 | $144.00 |
| 11/18/2024 | Work on outline of arguments and evidence for submission with mediation brief. | Marconi, Andrea L. | 0.4 | $184.00 |
| 11/20/2024 | Work on draft of mediation position statement. | Maasch, Lyndsey | 3.1 | $1,116.00 |
| 11/22/2024 | Work further on draft of mediation position statement. | Maasch, Lyndsey | 1.9 | $684.00 |

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 11/24/2024 | Work further on draft of mediation position statement. | Maasch, Lyndsey | 2.9 | $1,044.00 |
| 12/1/2024 | Review and revise draft of mediation memorandum. | Marconi, Andrea L. | 0.9 | $414.00 |
| 12/2/2024 | Revise and refine draft of mediation position statement. | Maasch, Lyndsey | 2.6 | $936.00 |
| 12/2/2024 | Further revise and refine draft of mediation memorandum. | Marconi, Andrea L. | 1.3 | $598.00 |
| 12/3/2024 | Finalize mediation position statement and corresponding exhibits and send same to mediator in advance of upcoming mediation. | Maasch, Lyndsey | 1.2 | $432.00 |
| 12/3/2024 | Review and make final edits to of mediation memorandum. | Marconi, Andrea L. | 0.9 | $414.00 |
| 12/5/2024 | Work with resource center to assess potential other entities related to Mr. Bhamani. | Maasch, Lyndsey | 0.2 | $72.00 |
| 12/6/2024 | Prepare for upcoming mediation. | Marconi, Andrea L. | 0.5 | $230.00 |
| 12/9/2024 | Review and analyze asset search reports for entities affiliated with Mr. Bhamani in advance of mediation. | Maasch, Lyndsey | 0.4 | $144.00 |
| 12/9/2024 | Review mediation statement and pertinent documents to prepare for tomorrow's mediation. | Marconi, Andrea L. | 0.6 | $276.00 |
| 12/10/2024 | Strategize regarding how to put pressure on Defendants moving forward in litigation; email to opposing counsel resending discovery deficiency letter and demanding response to same. | Maasch, Lyndsey | 0.6 | $216.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 12/10/2024 | Develop strategy for ratcheting up pressure on defendants in litigation, including motion to compel on discovery deficiencies if not remedied, notices of deposition, and other next steps in case. | Marconi, Andrea L. | 0.3 | $138.00 |
| 12/10/2024 | Attend mediation and debrief with Mr. Topham and J. Pearce afterwards to discuss strategy for moving forward in litigation. | Marconi, Andrea L. | 2.1 | $966.00 |
| 12/11/2024 | Review mediator's report from mediation filed with court and confer with Mr. Sweetnam regarding local rules and procedures that can be used to increase pressure on defendants in litigation to force bankruptcy or settlement. | Marconi, Andrea L. | 0.3 | $138.00 |
| 12/12/2024 | Begin draft of 30(b)(6) topics for corporate representative deposition of Kaish. | Maasch, Lyndsey | 0.2 | $72.00 |
| 12/13/2024 | Prepare deposition notices, including list of 30(b)(6) topics, for Bhamani and Kaish. | Maasch, Lyndsey | 2.2 | $792.00 |
| 12/16/2024 | Revise draft deposition notices to Bhamani and Kaish and add requests for production of documents relating to financial condition to same. | Maasch, Lyndsey | 0.8 | $288.00 |
| 12/16/2024 | Legal research regarding subpoenas and requests for production of documents in conjunction with deposition notices and assess benefits and drawbacks of same. | Maasch, Lyndsey | 1.0 | $360.00 |
| 12/16/2024 | Evaluate whether to add requests for documents to defendants' deposition notices and assess specific potential requests, including relating to defendants' financial condition. | Marconi, Andrea L. | 0.4 | $184.00 |

51781710

EXHIBIT 1

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 12/17/2024 | Research regarding discovery dispute procedures under federal rules and local rules to assess next steps regarding Defendants' deficient discovery responses and potential motion to compel. | Maasch, Lyndsey | 1.4 | $504.00 |
| 12/17/2024 | Review and make further comments to revised deposition notices and review and revise new requests for documents to bring to deposition and work on strategy for upcoming motion to compel further discovery responses from Kaish. | Marconi, Andrea L. | 0.3 | $138.00 |
| 12/18/2024 | Review and analyze supplemental discovery responses from Defendants and assess deficiencies in same. | Maasch, Lyndsey | 0.8 | $288.00 |
| 12/19/2024 | Review summary of supplemental documents produced by Kaish and evaluate whether any further meet and confer prior to motion to compel is necessary. | Marconi, Andrea L. | 0.6 | $276.00 |
| 1/6/2025 | Review motion to withdraw as counsel from defendants' counsel and evaluate strategy for case prosecution in light of same as well as work on need to extend deposition dates. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/7/2025 | Email to Mr. Coleman advising of defendants' counsel's motion to withdraw and requesting input regarding same and next steps. | Maasch, Lyndsey | 0.1 | $36 |
| 1/7/2025 | Strategize regarding next steps in discovery and with depositions in light of opposing counsel's motion to withdraw as counsel for defendants. | Maasch, Lyndsey | 0.4 | $144.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 1/7/2025 | Work on strategy for response to motion to withdraw as counsel from defendants' counsel and how to proceed with moving depositions and other discovery strategy in light of same. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/8/2025 | Prepare notice of non-opposition to motion to withdraw and email with Mr. Coleman regarding same. | Maasch, Lyndsey | 0.3 | $108.00 |
| 1/8/2025 | Review and revise draft notice of non-opposition to defense counsel's motion to withdraw for filing with court. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/9/2025 | Review correspondence from court regarding desire to set hearing on defense counsel's motion to withdraw as counsel and exchange correspondence with all counsel to set up same. | Marconi, Andrea L. | 0.2 | $92.00 |
| 1/10/2025 | Correspondence with defense counsel regarding hearing on motion to withdraw as counsel. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/13/2025 | Email correspondence with opposing counsel, J. Coleman, and the court's clerk regarding hearing on defendants' motion to withdraw and relatedly regarding continuing upcoming depositions. | Maasch, Lyndsey | 0.3 | $108.00 |
| 1/13/2025 | Further correspondence with defense counsel regarding hearing on motion to withdraw as counsel; evaluate further strategy concerning defendants' scheduled depositions and re-noticing same once counsel is appointed; review court order setting hearing and correspond with court clerk regarding same. | Marconi, Andrea L. | 0.2 | $92.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 1/21/2025 | Work on strategy for pushing forward with depositions after defendants obtain new counsel. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/23/2025 | Prepare outline for upcoming hearing on Defendants' counsel's motion to withdraw. | Maasch, Lyndsey | 1.1 | $396.00 |
| 1/24/2025 | Review court order on defendants' motion to withdraw. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/24/2025 | Evaluate strategy for next steps in case after court hearing, including potential stipulated judgment offer and other ways to try and get to judgment more quickly. | Marconi, Andrea L. | 0.1 | $46.00 |
| 1/24/2025 | Prepare for and attend hearing on defendants' counsel motion to withdraw and to discuss other case management matters with court. | Marconi, Andrea L. | 0.9 | $414.00 |
| 2/24/2025 | Strategize regarding next steps in light of defendants' failure to obtain counsel and notify the court by the deadline, including potential motion for default judgment. | Maasch, Lyndsey | 0.6 | $216.00 |
| 2/24/2025 | Evaluate potential next steps in case in light of defendants not retaining new counsel as ordered by court. | Marconi, Andrea L. | 0.1 | $46.00 |
| 2/25/2025 | Review Rule 55 and evaluate use of default judgment under case circumstances when defendants have initially answered but are no longer defending case or prosecuting counterclaims. | Marconi, Andrea L. | 0.3 | $138.00 |
| 2/26/2025 | Assess strategy for next steps, including motion for default judgment, and conduct legal research regarding procedural requirements and next | Maasch, Lyndsey | 0.8 | $288.00 |

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
|  | steps for obtaining default judgment on affirmative claims and defendants' counterclaims. |  |  |  |
| 2/26/2025 | Analyze court order regarding withdrawal of counsel; research regarding default judgment and dismissal of counterclaims in light of same. | MacCollum, Claire | 1.5 | $540.00 |
| 2/28/2025 | Review and analyze research regarding procedural mechanisms for default judgment and dismissal of counterclaims for failure to prosecute. | Maasch, Lyndsey | 0.5 | $180.00 |
| 2/28/2025 | Prepare draft application for entry of default against defendants and supporting affidavit. | Maasch, Lyndsey | 1.2 | $432.00 |
| 3/4/2025 | Review and analyze legal research conducted in support of motion for default judgment and defendants' failure to prosecute counterclaims under factual circumstances of case. | Marconi, Andrea L. | 0.3 | $138.00 |
| 3/4/2025 | Review and draft application for entry of default against defendants for failure to defend and review and revise supporting affidavit. | Marconi, Andrea L. | 0.4 | $184.00 |
| 3/5/2025 | Review and further revise draft application for entry of default against defendants for failure to defend and review and supporting affidavit. | Marconi, Andrea L. | 0.4 | $184.00 |
| 3/7/2025 | Review final application for entry of default against defendants for failure to defend and review and supporting affidavit as filed and communications with clerk of court regarding entry of default. | Marconi, Andrea L. | 0.2 | $92.00 |

EXHIBIT 1

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 3/11/2025 | Assess requirements for service of application for entry of default on defendants and next steps for same. | Maasch, Lyndsey | 0.8 | $288.00 |
| 3/11/2025 | Review notice from court regarding default service needed and work on supplemental filing needed with court. | Marconi, Andrea L. | 0.2 | $92.00 |
| 3/12/2025 | Draft certificate of service regarding application for entry of default. | Maasch, Lyndsey | 0.7 | $252.00 |
| 3/18/2025 | Begin drafting motion for entry of default judgment against defendants. | Maasch, Lyndsey | 1.2 | $432.00 |
| 3/24/2025 | Review upcoming case deadlines and evaluate strategy for continuing same while default application is pending, including confer with local counsel regarding required filings and next steps. | Marconi, Andrea L. | 0.5 | $230.00 |
| 3/25/2025 | Review and revise draft motion to extend discovery deadlines while default application is pending and confer with Mr. Coleman regarding finalizing and filing of same. | Marconi, Andrea L. | 0.2 | $92.00 |
| 3/28/2025 | Review and exchange correspondence with Mr. Coleman regarding entry of default by court and interplay with motion filed to extend court deadlines. | Marconi, Andrea L. | 0.1 | $46.00 |
| 3/31/2025 | Review and analyze case law for use in motion for default judgment and motion for dismissal of counterclaims for failure to prosecute and outline arguments for both motions. | Marconi, Andrea L. | 1.7 | $782.00 |
| 4/1/2025 | Draft Motion for Default under Rule 55; Draft Motion to Dismiss Counterclaims under Rule 41 motion. | MacCollum, Claire | 1.2 | $432.00 |

51781710

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 4/1/2025 | Correspond with Mr. Coleman regarding local rules and procedures for motion for default judgment and motion for dismissal of counterclaims for failure to prosecute. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/2/2025 | Continue drafting Rule 55 Motion, specifically statement of facts and background; Continue drafting Rule 41 Motion, specifically background and procedural history. | MacCollum, Claire | 4.5 | $1,620.00 |
| 4/2/2025 | Work on refining argument strategy for motion for default judgment and motion for dismissal of counterclaims for failure to prosecute. | Marconi, Andrea L. | 0.4 | $184.00 |
| 4/4/2025 | Evaluate ability to recover attorneys' fees on motion for failure to prosecute counterclaims. | Marconi, Andrea L. | 0.3 | $138.00 |
| 4/7/2025 | Research regarding recovery of attorneys' fees under Rules 41 and 55; research regarding sum certain nature of attorneys' fees; draft summary regarding the same. | MacCollum, Claire | .7 | $252.00 |
| 4/18/2025 | Revise and supplement motion for entry of default judgment and review and analyze cited case law. | Marconi, Andrea L. | 3.3 | $1,518.00 |
| 4/18/2025 | Review and analyze federal and local court rules for use in preparing motion for entry of default judgment. | Marconi, Andrea L. | 0.4 | $184.00 |
| 4/25/2025 | Work on attorneys' fee affidavit and supporting documents needed to support reasonableness of fees and correspond with local counsel regarding need for their fee information to include for recovery in motion. | Marconi, Andrea L. | 0.4 | $184.00 |

**EXHIBIT 1**

**FENNEMORE STATEMENT OF FEES**

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 4/28/2025 | Review backup documentation for attorneys' fees application and begin to work on same. | Marconi, Andrea L. | 0.2 | $92.00 |
| 4/28/2025 | Work on further revisions and refine arguments of motion for default judgment and review and analyze additional relevant case law cited in motion, including additional case law cited in support of recovery of attorneys' fees, costs, and pre- and post-judgment interest as well as sum certain damages. | Marconi, Andrea L. | 4.6 | $2,116.00 |
| 4/28/2025 | (Paralegal) Draft Bill of Costs and Affidavit of Andrea Marconi in Support of Bill of Costs. | Mendoza, Yvonne | 2.4 | $576.00 |
| 4/29/2025 | Revise affidavit for attorneys' fees; revise affidavit for sum certain fees; revise motion to dismiss counterclaims, specifically regarding failure to prosecute; continue revising motion for default judgment. | MacCollum, Claire | 6.5 | $2,340.00 |
| 4/29/2025 | (Paralegal) Draft Statement of Fees for Sweetnam, Schuster & Schwartz. | Mendoza, Yvonne | 2.8 | $672.00 |
| 4/29/2025 | Review and revise motion to dismiss counterclaims for failure to prosecute and review case law cited in motion. | Marconi, Andrea L. | 1.9 | $874.00 |
| 4/29/2025 | Work on obtaining local counsel's attorneys' fees incurred and Fennemore fees for use in motion and fee affidavit, including confer with Mr. Sweetnam regarding same, and review and analyze fee information from Fennemore and evaluate where fees need to be reduced when seeking recovery due to write offs. | Marconi, Andrea L. | 0.6 | $276.00 |

51781710

EXHIBIT 1

FENNEMORE STATEMENT OF FEES

| DATE WORK PERFORMED | DESCRIPTION | TIMEKEEPER | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 4/29/2025 | Continue revising and refining lengthy default judgment motion. | Marconi, Andrea L. | 2.7 | $1,242.00 |
| 4/30/2025 | Revise motion to dismiss counterclaims; draft fee affidavit for attorneys' fees; draft and revise affidavit for sum certain fees; conference with V. Godfrey regarding sum certain damages; draft proposed default judgment; analyze statement of fees. | MacCollum, Claire | 2.3 | $828.00 |
| 4/30/2025 | Review and revise draft of sum certain affidavit to support default judgment motion and damages claim. | Marconi, Andrea L. | 2.1 | $966.00 |
| 4/30/2025 | Further revise and refine motion to dismiss counterclaims for failure to prosecute. | Marconi, Andrea L. | 0.8 | $368.00 |
| 5/1/2025 | Revise fee affidavit; coordinate with V. Godfrey regarding attorney fee calculations. | MacCollum, Claire | 0.8 | $288.00 |
| 5/6/2025 | Review and revise draft of attorneys' fee affidavit to support default judgment motion and fee claim, as well as review and revise Sweetnam firm and Fennemore statement of fees for attaching to attorneys' fee affidavit; further revise and refine motion for default judgment, including to get motion within page limits set by court and refine legal arguments; review additional case law for citation for attorneys' fee request; further revise and refine draft of sum certain affidavit. | Marconi, Andrea L. | 3.7 | $1,702.00 |
| 5/10/2025 | Review court's order to show cause and evaluate impact on default motion soon to be filed, including confer with local counsel regarding same. | Marconi, Andrea L. | 0.3 | $138.00 |
| | **TOTAL** | | **294.7** | **$118,806.00** |