# EXHIBIT 2

# EXHIBIT 2

## SWEETNAM STATEMENT OF FEES[1]

| DATE WORK PERFORMED | ATTORNEY | DESCRIPTION | HOURS BILLED | AMOUNT |
|---|---|---|---|---|
| 1/27/2023 | Sweetnam, D. Michael | Conference call with John Pearce, Andrea Marconi and Jason Coleman re: Kaish | 0.8 | $360.00 |
| 1/27/2023 | Coleman, Jason | Phone conversation with M. Sweetnam to prepare for conference call | 0.1 | $32.50 |
| 1/27/2023 | Coleman, Jason | Phone conversation with A. Marconi, J. Pearce, and M. Sweetnam to discuss case | 0.8 | $260.00 |
| 2/9/2023 | Sweetnam, D. Michael | Preliminary asset check on Bhamani in Georgia | 1.0 | $450.00 |
| 3/6/2023 | Sweetnam, D. Michael | Review and respond to emails from John Pearce; emails with Jason Coleman | 1.0 | $450.00 |
| 3/7/2023 | Sweetnam, D. Michael | Review material from John Pearce; call with Jason Coleman | 0.9 | $405.00 |

---

[1] Block billing is sufficient if the description of the work performed is adequate. *See The N.E. Ohio Coalition for the Homeless v. Husted*, 831 F.3d 686, 705 n. 7 (6th Cir. 2016); *see also Smith v. Serv. Master Corp.*, 592 Fed.Appx. 363, 371 (6th Cir. 2014); *Pittsburgh & Conneaut Dock Co. v. Dir., Office of Workers' Comp. Programs*, 473 F.3d 253, 273 (6th Cir. 2007) (Moore, J., concurring in part and dissenting in part) ("[Plaintiff] has cited no authority to support its argument that the use of block billing is contrary to the award of a reasonable attorney fee ... and, in fact, our sister circuits have rejected block-billing objections to fee awards in a number of contexts.").

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/2023 | Sweetnam, D. Michael | File review in preparation for phone call; review email and eviction case analysis from Jason Coleman; call John Pearce; email John | 1.1 | $495.00 |
| 3/13/2023 | Sweetnam, D. Michael | Emails with John Pearce et al; file review; message Jason Coleman | 0.4 | $180.00 |
| 3/13/2023 | Coleman, Jason | Phone conversation with Chattanooga attorneys regarding local process and courts | 0.7 | $227.50 |
| 3/15/2023 | Sweetnam, D. Michael | Conference call with John Pearce, Andrea Marconi and Jason Coleman | 1.0 | $450.00 |
| 3/15/2023 | Coleman, Jason | Analyze documents, emails, and case law to prepare for call with A. Marconi and J. Pearce | 0.5 | $162.50 |
| 3/15/2023 | Coleman, Jason | Phone conversation with A. Marconi, J. Pearce, and M. Sweetnam to discuss case | 1.0 | $325.00 |
| 11/28/2023 | Sweetnam, D. Michael | Review and respond to emails from Fennemore | 0.4 | $180.00 |
| 11/29/2023 | Sweetnam, D. Michael | Initial review of final draft complaint and exhibits; emails with Jason Coleman | 1.5 | $675.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/2023 | Coleman, Jason | Revise complaint and correspond with M. Sweetnam concerning the same | 1.0 | $325.00 |
| 12/1/2023 | Sweetnam, D. Michael | Review materials forwarded by Andrea Marconi; emails with Jason Coleman; review Eastern District Tennessee Rules; call with Jason Coleman; email Andrea Marconi | 1.8 | $810.00 |
| 12/1/2023 | Coleman, Jason | Prepare for meeting with M. Sweetnam | 0.5 | $162.50 |
| 12/1/2023 | Coleman, Jason | Meeting with M. Sweetnam | 0.5 | $162.50 |
| 12/1/2023 | Coleman, Jason | Research into PHV process, including conversation with court clerk, and correspond with M. Sweetnam and A. Marconi concerning the same | 0.3 | $97.50 |
| 12/4/2023 | Sweetnam, D. Michael | Detailed review of complaint and exhibits; notes to file regarding same; emails with Jason Coleman; zoom call with Jason regarding complaint and revisions; internal attorney conference regarding | 4.5 | $2,025.00 |

| | | | | |
|---|---|---|---|---|
| | | service and related issues; call with Jason | | |
| 12/4/2023 | Coleman, Jason | Meeting with M. Sweetnam to discuss complaint, service, and next step | 0.8 | $260.00 |
| 12/4/2023 | Coleman, Jason | Prepare complaint for filing and analyze service requirements | 1.0 | $325.00 |
| 12/4/2023 | Coleman, Jason | Analyze service options and correspond with J. Siegel and D. Fleming concerning the same | 1.0 | $325.00 |
| 12/4/2023 | Coleman, Jason | Prepare documents for filing, file complaint and pro hac vice motion for Andrea Marconi | 1.2 | $390.00 |
| 12/4/2023 | Coleman, Jason | Analyze service rules and prepare pro hac vice motion for M. Sweetnam | 1.0 | $325.00 |
| 12/4/2023 | Coleman, Jason | Draft Rule 7.1 disclosure statement and file the same; file pro hac vice motion for M. Sweetnam | 1.3 | $422.50 |
| 12/5/2023 | Sweetnam, D. Michael | Review and respond to emails from Jason Coleman with filed materials and costs; obtain certificate of good standing from Northern District Of | 3.0 | $1,350.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | Georgia; email same to Jason Coleman along with along with executed application to appear Pro Hac Vice; review process for obtaining filing credentials in Eastern District Of Tennessee | | |
| 12/6/2023 | Sweetnam, D. Michael | Emails with Jason Coleman; review emails from Fennemore lawyers | 0.5 | $225.00 |
| 12/13/2023 | Sweetnam, D. Michael | Review and respond to email from Andrea Marconi; email Jason Coleman; call with Jason Coleman | 0.8 | $360.00 |
| 4/13/2024 | Sweetnam, D. Michael | Confer with Jason Coleman; email to John Pearce and Andrea Marconi | 0.4 | $180.00 |
| 4/13/2024 | Sweetnam, D. Michael | Review email from Andrea; reply to same | 0.2 | $90.00 |
| 4/23/2024 | Sweetnam, D. Michael | Detailed review of MFMDS and MTD; email Jason; email Andrea Marcon | 1.5 | $675.00 |
| 4/23/2024 | Sweetnam, D. Michael | Review email from Andrea Marconi; call with Jason Coleman; reply to Andrea Marconi | 0.5 | $225.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding meet and confer | | |
| 5/5/2024 | Sweetnam, D. Michael | Review and respond to email from Andrea Marconi; register for e filing in Eastern District of Tennessee; review local rules regarding initial disclosures | 0.9 | $405.00 |
| 5/7/2024 | Sweetnam, D. Michael | Review emails and 26(f) report; review Judge Varlan's procedures; respond to email from Andrea Marconi | 0.7 | $315.00 |
| 5/7/2024 | Sweetnam, D. Michael | Review email from Andrea Marconi; review counterclaim; email to all regarding likely minimum adequacy of same to survive a motion to dismiss | 0.6 | $270.00 |
| 5/7/2024 | Coleman, Jason | Analyze amended counterclaim | 0.5 | $175.00 |
| 5/9/2024 | Coleman, Jason | Correspondence with John Pearce, Andrea Marconi and Mike Sweetnam regarding magistrate consent | 0.6 | $210.00 |
| 5/13/2024 | Sweetnam, D. Michael | Review and respond to email from Andrea Marconi; follow up with | 0.4 | $180.00 |

| | | Jason Coleman; review Defendants' initial disclosures | | |
|---|---|---|---|---|
| 5/13/2024 | Coleman, Jason | Prepare and file Rule 26(f) report as well as joint motion for entry of Rule 502 order and proposed order | 0.4 | $140.00 |
| 5/14/2024 | Sweetnam, D. Michael | Review of Plaintiff's initial disclosures | 0.4 | $180.00 |
| 5/17/2024 | Coleman, Jason | Prepare and file notice of non consent to magistrate judge | 0.3 | $105.00 |
| 5/20/2024 | Sweetnam, D. Michael | Email litigation group concerning adequacy of avoidance; detailed review of counterclaim response; edit and comment on same; email all regarding no magistrate consent and filing of counterclaim reply | 1.0 | $450.00 |
| 5/20/2024 | Sweetnam, D. Michael | Call with Jason Coleman regarding local rules and avoidance; review and respond to email from Andrea Marconi; message Jason; review local rules | 1.0 | $450.00 |
| 5/20/2024 | Coleman, Jason | Analyze local rules and case law regarding | 0.5 | $175.00 |

| | | | | |
|---|---|---|---|---|
| | | avoidance and correspond with DMS regarding same | | |
| 5/21/2024 | Sweetnam, D. Michael | Review email and final version of response to counterclaim; reply to Andrea's email | 1.3 | $585.00 |
| 5/21/2024 | Coleman, Jason | Prepare and file answer to counterclaim | 0.2 | $70.00 |
| 6/12/2024 | Sweetnam, D. Michael | Review email from Andrea Marconi concerning proposed early mediation | 0.1 | $45.00 |
| 7/2/2024 | Sweetnam, D. Michael | Review follow up email from Andrea Marconi concerning early mediation | 0.1 | $45.00 |
| 7/10/2024 | Sweetnam, D. Michael | Review of email and draft discovery requests to Defendants from Andrea Marconi | 0.5 | $225.00 |
| 7/15/2024 | Sweetnam, D. Michael | Review draft discovery requests; correspond with all counsel concerning same | 0.8 | $280.00 |
| 7/16/2024 | Sweetnam, D. Michael | Review emails between Jason Coleman and Andrea Marconi regarding discovery to Defendants | 0.1 | $45.00 |
| 10/17/2024 | Coleman, Jason | Correspond with local counsel and team | 1.3 | $455.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding mediation | | |
| 12/9/2024 | Coleman, Jason | Review email correspondence from A. Marconi concerning the mediation | 0.1 | $35.00 |
| 12/10/2024 | Coleman, Jason | Review email correspondence from L. Maasch concerning discovery deficiencies and mediation result | 0.2 | $70.00 |
| 12/11/2024 | Coleman, Jason | Review email correspondence from M. Sweetnam concerning discovery deficiencies and mediation result | 0.1 | $35.00 |
| 12/15/2024 | Coleman, Jason | Review deposition notices and correspond with A. Marconi L. Maasch and M. Sweetnam concerning the same | 0.1 | $35.00 |
| 12/16/2024 | Coleman, Jason | Correspond via email with A. Marconi L. Maasch and M. Sweetnam concerning the deposition notices | 1.0 | $350.00 |
| 12/17/2024 | Coleman, Jason | Review email correspondence from L. Maasch and defense counsel regarding discovery matters | 0.5 | $175.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/7/2025 | Coleman, Jason | Correspond via email with defense counsel A. Marconi, L. Maasch and M. Sweetnam concerning defense counsel's motion to withdraw | 0.7 | $245.00 |
| 1/9/2025 | Coleman, Jason | Review email from Court concerning defense counsel's motion to withdraw and potential hearing dates | 0.2 | $70.00 |
| 1/9/2025 | Coleman, Jason | Correspond via email with A. Marconi, L. Maasch and M. Sweetnam concerning defense counsel's motion to withdraw Phone call with L. Maasch concerning defense counsel's motion to withdraw | 0.4 | $140.00 |
| 1/13/2025 | Coleman, Jason | Correspond via email with Court, defense counsel with A. Marconi L. Maasch and M. Sweetnam concerning hearing regarding defense counsel's motion to withdraw | 0.7 | $245.00 |
| 1/24/2025 | Coleman, Jason | Attend hearing on defense counsel's motion to withdraw | 0.8 | $280.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 3/7/2025 | Coleman, Jason | Review application for entry of default and correspond with A. Marconi L. Maasch and M. Sweetnam concerning its filing and required separate email to court clerk-finalize and file the same | 1.3 | $455.00 |
| 3/7/2025 | Coleman, Jason | Prepare proposed entry of default and certificate of service- email them to court clerk | 0.5 | $175.00 |
| 3/13/2025 | Coleman, Jason | Review certificate of service and proof of delivery from L. Maasch- file the same | 0.5 | $175.00 |
| 3/25/2025 | Coleman, Jason | Email correspondence with A. Marconi L. Maasch and M. Sweetnam concerning entry of default and motion to extend deadlines- draft and file same | 1.5 | $525.00 |
| 3/28/2025 | Coleman, Jason | Phone calls with clerk's office concerning entry of default Phone calls with judge's chambers concerning motion to extend deadlines; Email correspondence with A. Marconi L. Maasch and | 0.8 | $280.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | M. Sweetnam concerning entry of default and motion to extend deadlines | | |
| 4/29/2025 | Sweetnam, D. Michael | File review; compile invoice for use in motion for attorney's fees; email Andrea Marconi | 1.0 | $450.00 |
| | | **TOTAL** | **55.1** | **$21,682.50** |