# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

Mac's Convenience Stores LLC

v.

Kaish LLC and Akbar Bhamani

)
)
)
)
)
)

Case No.: 1:23-cv-00284

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against ___Defendants___ ,
                                                                                   Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $        405.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $        755.00 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    ___Andrea L. Marconi___

Name of Attorney:  ___Andrea L. Marconi___

For: ___Mac's Convenience Stores, LLC___          Date:  ___05/13/2025___
            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**NOTICE**

<span style="color:red">**Costs will be taxed in accordance with this Court's Guidelines on Preparing Bills of Cost. E.D. TN. LR. 54.1**</span>

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | |
|---|---|
| **MAC'S CONVENIENCE STORES LLC,** a Delaware limited liability company, **Plaintiff,** v. **KAISH LLC, a Tennessee limited liability company, and AKBAR BHAMANI, an individual,** **Defendants.** | **Civil Action No. 1:23-cv-00284** |

---

## AFFIDAVIT OF ANDREA L. MARCONI

---

I, Andrea L. Marconi, declare as follows:

1.     I am an attorney and director at the law firm of Fennemore Craig, P.C., which is lead counsel of record for Plaintiff Mac's Convenience Stores LLC ("Mac's") in the above-captioned matter. I have personal knowledge and/or have made a good faith inquiry of the facts as stated herein. If called to testify, I could and would be competent to testify to the same.

2.     The costs incurred and expended by Mac's in this action with respect to Defendants Kaish LLC ("Kaish") and Akbar Bhamani ("Bhamani") (collectively, "Defendants") that may be recovered are as follows:

| DATE | BILL OF COSTS CATEGORY | DESCRIPTION | TOTAL |
|---|---|---|---|
| 12/5/2023 | Fees of the clerk | District Court for the Eastern District of Tennessee New Case Filing Fee - Complaint | $405.00 |
| 1/12/2024 | Service of summons and complaint | Fees for three attempts to serve summons and complaint to Kaish LLC and Akbar Bhamani | $100.00 |
| 3/4/2024 | Fees for service of summons and complaint | Stakeout for service of summons and complaint | $250.00 |
| | | **TOTAL:** | **$755.00** |

3.     Documentation supporting these costs is attached hereto as Exhibit 1.

4.     Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, Local Rule 54.1 of the Eastern District of Tennessee, and 28 U.S.C. § 1920, Mac's claims these costs against Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of May, 2025.

By: _Andrea L. Marconi_ _____
     Andrea L. Marconi

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing has been served via notice automatically generated by the Court's ECF filing system and U.S. Mail on this 13th of May, 2025 to the following addresses:

**Kaish LLC**
Attn: Akbar Bhamani
1170 Bar Harbor Place
Lawrenceville, GA 30043

**Akbar Bhamani**
1170 Bar Harbor Place
Lawrenceville, GA 30043

*/s/ Lynn Marble* _____

# EXHIBIT 1

🖶 Print

🏠 Account Summary

Transactions | Deposits | Checks | Withdrawals | Declines

Download Account Activity | Track Claims

*The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.*

☑ Show ending daily balance

‹ Previous   Next ›

| Date ▾ | Description ⇕ | Deposits/Credits ⇕ | Withdrawals/Debits ⇕ |
|---|---|---|---|

**Pending Transactions**

No pending transactions meet your search criteria. Please try again.

**Posted Transactions**

| | | | |
|---|---|---|---|
| ⊕ 05/08/25 | ▇▇▇▇▇▇▇▇ | | |
| ⊕ 01/03/25 | ▇▇▇▇▇▇▇▇ | | |
| ⊕ 12/18/24 | ▇▇▇▇▇▇▇▇ | | |
| ⓘ 04/04/24 | ZELLE TO WYATT ROOSEVELT ON 04/04 REF #RP0S4M2FPM | | $250.00 |

Details

**Category: Other Outgoing Transfers**

| ⓘ 01/12/24 | ZELLE TO WYATT ROOSEVELT ON 01/12 REF #RP0RVTKCMY BTR SERVICE | | $100.00 |

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 1:23-cv-00284-TAV-CHS | 2023-12-04 23:57:20 | Complaint( 1:23-cv-00284) [cmp cmp] ( 405.00) | cr card | ATNEDC-5536523 | $ 405.00 |
| 1:23-cv-00284-TAV-CHS | 2023-12-05 00:18:35 | Motion for Leave to Appear Pro Hac Vice( 1:23-cv-00284) [motion apprphv] ( 90.00) | cr card | ATNEDC-5536527 | $ 90.00 |
| 1:23-cv-00284-TAV-CHS | 2023-12-06 08:34:11 | Motion for Leave to Appear Pro Hac Vice( 1:23-cv-00284-TAV-CHS) [motion apprphv] ( 90.00) | cr card | ATNEDC-5537837 | $ 90.00 |